**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. Usselman                                                          CHAPTER 13
        Bonnie L. Usselman
               Debtor(s)                                                          BKY. NO. 20-20972 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ Brian C. Nicholas

Brian Nicholas
01 Sep 2020, 15:14:01, EDT

                Brian C. Nicholas, Esquire
                Attorney I.D. No. 317240
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bkgroup@kmllawgroup.com