**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael J. Usselman<br>Bonnie L. Usselman<br><br>                              Debtor(s) | BK. NO. 20-20972 CMB |
| MIDFIRST BANK, its successors and/or assigns<br>                              Movant<br>v.<br>Michael J. Usselman<br>Bonnie L. Usselman<br>                              Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>                              Additional Respondent | CHAPTER 13 |

**MOTION OF MIDFIRST BANK, ITS SUCCESSORS AND/OR ASSIGNS**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its Attorney, KML Law Group, P.C., hereby requests a termination of the Automatic Stay and leave to foreclose on its mortgage on real property owned by Debtor(s).

1. Movant is MIDFIRST BANK, its successors and/or assigns.

2. Debtor(s), Michael J. Usselman and Bonnie L. Usselman, is/are the owner(s) of the premises located at 210 Roenigc Road, Boyers, PA 16020, hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $191,450.00 on the mortgaged premises that was executed on September 28, 2009. Said mortgage was recorded on October 7, 2009 at Instrument Number 200910070023752. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on July 14, 2020 at Instrument Number 202007140013725 in Butler County.

4. Movant has instituted or wishes to institute foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required thereunder.

5. The payoff amount due on the mortgage is $158,689.30.

6. The total amount of post-petition arrearage is $8,330.58. A total of $8,330.58 has come due to movant from the date of filing, and the Chapter 13 Trustee has disbursed $2,369.39 to movant for post-petition payments.

7. The total amount of pre-petition arrearage is $1,350.92.

8.       The fair market value of the premises is $195,000.00.

9.       The Senior Lien Holders on the premises are none.

10.     The Junior Lien Holders on the premises are none.

11.     The foreclosure proceeding filed or to be instituted were stayed by the filing of the instant Chapter 13 Petition.

12.     Debtor(s) has/have no or inconsequential equity in the premises.

13.     Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

14.     This motion and the averments contained therein do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant respectfully requests that this Court enter an Order modifying the Automatic Stay under Section 362 with respect to the mortgaged premises as to permit Petitioner to foreclose on its mortgage and allow Movant or any other purchaser at Sheriff's Sale to take legal action for enforcement of its right to possession of said premises.

Date: September 29, 2020

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
Attorney I.D. No. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Attorney for Movant/Applicant