# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL J. & BONNIE L. USSELMAN
- **Case Number:** 20-20972-CMB      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 24, 2020  01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#14 - Continued Confirmation of Plan Dated 4/6/2020 (NFC)
R / M #: 14 / 0

**Appearances:**

- Debtor: *Foster*
- Trustee: Winnecour / Pail / Katz / DeSimone  *Warmbrodt*
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __11/5/20__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
9/29/20 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

9/16/2020    3:52:23PM