# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-20972-CMB |
| | : | |
| Michael J. Usselman and | : | Chapter 13 |
| Bonnie L. Usselman, | : | |
|     Debtors, | : | |
| | : | Related to Docket No: 76 |
| MIDFIRST Bank, | : | |
|     Movant, | : | |
| | : | |
|     vs. | : | |
| | : | |
| Michael J. Usselman and | : | |
| Bonnie L. Usselman, | : | |
|     Respondent | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee | : | |
|     Additional Respondent | : | |

### RESPONSE TO MOTION OF MIDFIRST BANK, ITS SUCCESSORS AND/OR ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE 4001

    **AND NOW** come the Debtors, Michael J Usselman and Bonnie L Usselman, by and through their attorney, Daniel P. Foster, Esquire, files the within *RESPONSE TO MOTION OF MIDFIRST BANK, ITS SUCCESSORS AND/OR ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE 4001* and in support of aver as follow:

1. Admitted
2. Admitted
3. Admitted
4. Denied.  The debtors have made substantial payments to the movant.
5. Denied.  Strict proof is demanded at trial.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.  Debtors counsel is not aware of pre-petition foreclosure proceedings.

12. Denied.  Strict proof is demanded at trial.

13. Denied.  This is the Debtors' primary residence and required for an effective reorganization.

14. Denied.

Wherefore, the Debtors respectfully requests that this Honorable Court DENY the *MOTION OF MIDFIRST BANK, ITS SUCCESSORS AND/OR ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE 4001.*

Respectfully submitted,

Date: October 16, 2020

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors