# PROCEEDING MEMO

**Date: 10/28/2020 10:00 am**

**In re:**  Michael J. Usselman
Bonnie L. Usselman

Bankruptcy No. 20-20972-CMB
Chapter: 13
Doc. # 76

**Telephonic Appearances:**  Brian Nicholas, Esq.
Owen Katz, Esq.

**Nature of Proceeding:** #76 Motion for Relief from Stay re: 210 Roenigc Road, Boyers, PA 16020.

**Additional Pleadings:** #77 Notice of Hearing
#80 Debtors' Response

**Judge's Notes:**
- There is equity in this property and not clear how creditor is not adequately protected.
- Nicholas: Post-petition payments were not current when filed. Request a stay current order now that they are current.
- Katz: There were a couple missed payments. Showing no arrears at this time. Conciliation on 11/5 in this case.
OUTCOME: Based on pleadings and facts, motion denied without prejudice. Order entered. Creditor can refile if Debtor gets behind.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
10/28/20 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA