**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael J. Usselman<br>        Bonnie L. Usselman<br>                    Debtor(s) | |
| MIDFIRST BANK, its successors and/or assigns<br>                    Movant<br>            v.<br>Michael J. Usselman<br>Bonnie L. Usselman<br>                    Respondent<br>            and<br>Ronda J. Winnecour, Trustee<br>                    Additional Respondent | BK. NO. 20-20972 CMB<br><br>CHAPTER 13<br><br>re doc. no. 76 |

ORDER OF COURT

AND NOW, this 28th day of October, 2020, at Pittsburgh, upon Motion of MIDFIRST BANK, its successors and/or assigns, it is

HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Relief From Stay of Midfirst Bank is DENIED.

FILED
10/28/20 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* /dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Michael J. Usselman
210 Roenigc Road
Boyers, PA 16020

Bonnie L. Usselman
210 Roenigc Road
Boyers, PA 16020

Daniel P. Foster Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106