**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael J. Usselman<br>Bonnie L. Usselman<br>    Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>    Movant<br>  v.<br>Michael J. Usselman<br>Bonnie L. Usselman<br>    Respondent<br>  and<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent | BK. NO. 20-20972 CMB<br><br>CHAPTER 13<br><br>re doc. no. 76 |

ORDER OF COURT

AND NOW, this 28th day of October, 2020, at Pittsburgh, upon Motion of MIDFIRST BANK, its successors and/or assigns, it is

HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Relief From Stay of Midfirst Bank is DENIED.

FILED
10/28/20 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Michael J. Usselman
210 Roenigc Road
Boyers, PA 16020

Bonnie L. Usselman
210 Roenigc Road
Boyers, PA 16020

Daniel P. Foster Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 20-20972-CMB
Michael J. Usselman                                                                     Chapter 13
Bonnie L. Usselman
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw            Page 1 of 2
Date Rcvd: Oct 28, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID       Recipient Name and Address**
db/jdb          + Michael J. Usselman, Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason     Name and Address**
jdb           *+                Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

**Name                   Email Address**
Brian Nicholas
                        on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Daniel P. Foster
                        on behalf of Debtor Michael J. Usselman dan@mrdebtbuster.com
                        katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                        on behalf of Joint Debtor Bonnie L. Usselman dan@mrdebtbuster.com
                        katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Michael John Clark

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6