**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 20-20972-CMB |
| | : | |
| **Michael J. Usselman and** | : | CHAPTER 13 |
| **Bonnie L. Usselman,** | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: 86 |
| **MidFirst Bank,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Michael J. Usselman and** | : | |
| **Bonnie L. Usselman,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| **Respondents.** | : | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

The Chapter 13 Plan payment amount dated November 10, 2020 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$1,388.43**. The new post-petition monthly payment payable to **Midfirst Bank** is **$1,325.13**, effective **December 1, 2020** per the notice filed **November 3, 2020.**

Respectfully submitted,

Date: November 11, 2020

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158