**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL J. USSELMAN
    BONNIE L. USSELMAN

        Debtor(s)

  Ronda J. Winnecour

       Movant
   vs.

  MIDFIRST BANK SSB*

     Respondent(s)

Case No. 20-20972CMB

Chapter 13

Document No.____

### INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan .

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement .

Trustee Record Number - 52
Court Claim Number - 8

     /s/   Ronda J. Winnecour

4/14/2022
     RONDA J WINNECOUR PA ID #30399
     CHAPTER 13 TRUSTEE WD PA
     600 GRANT STREET
     SUITE 3250 US STEEL TWR
     PITTSBURGH, PA  15219
     (412) 471-5566
     cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL J. USSELMAN
    BONNIE L. USSELMAN

                    Debtor(s)                                    Case No.:20-20972CMB

                                                                Chapter 13
    Ronda J. Winnecour
                                                                Document No.____
                    Movant
            vs.

    MIDFIRST BANK SSB*


                    Respondent(s)

### CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure
of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL J. USSELMAN, BONNIE L. USSELMAN, 210 ROENIGC ROAD, BOYERS, PA  16020

 DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335

MIDFIRST BANK SSB*, ATTN BANKRUPTCY TRUSTEE PMTS*, 999 NW GRAND BLVD STE 100,
OKLAHOMA CITY, OK  73118
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

 ALDRIDGE PITE LLP, 4375 JUTLAND DR STE 200, PO BOX 17933, SAN DIEGO, CA  92177-0933


04/14/2022                                          /s/ Roberta Saunier
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com