**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-20972-CMB |
|    Michael J. Usselman and | : | |
|    Bonnie L. Usselman | : | Chapter 13 |
|                   Debtors | : | |
| | : | Related to Docket No.: 96 |
|    Michael J. Usselman and | : | |
|    Bonnie L. Usselman, | : | |
|                  Movants | : | |
| | : | |
|           vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|            Chapter 13 Trustee, | : | |
|            Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**TO THE RESPONDENTS:**

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 10, 2024 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on February 27, 2024, at 2:30p..m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>January 24, 2024</u>

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Extend Vehicle Lease and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **January 24, 2024**

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20972-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jan 24 09:43:23 EST 2024 | Ally Bank  c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)ASPEN DENTAL<br>PO BOX 1578<br>ALBANY NY 12201-1578 |
| (p)SRP FEDERAL CREDIT UNION<br>PO BOX 6730<br>NORTH AUGUSTA SC 29861-6730 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Comenity Bank / Gander Mountain<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519-1641 | Consumer Portfolio Service<br>19500 Jamboree Road<br>Irvine, CA 92612-2437 |
| Credit Collection / Usa<br>16 Distributor Drive<br>Morgantown, WV 26501-7209 | Credit First NA<br>PO Box 81315<br>Cleveland, OH 44181-0315 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| ERC<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | Emp Of York County Ltd<br>325 South Belmont Street<br>York, PA 17403-2604 | GA Masters Emergency Physicians LLC<br>3651 Wheeler Road<br>Augusta, GA 30909-6521 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | IC System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | Jared Galleria / Genesis<br>Po Box 4485<br>Beaverton, OR 97076-4485 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Kubota Credit Corporation<br>Po Box 2046<br>Grapevine, TX 76099-2046 |

| | | |
|---|---|---|
| Lockhart, Morris & Mont<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | MCG Health Inc<br>1120 15th Street<br>Augusta, GA 30912-0006 | Mercury Card / Fb&t / Tsys<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 |
| MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 672288<br>MARIETTA GA 30006-0039 | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 |
| (p)NATIONWIDE RECOVERY SERVICE<br>ATTENTION PAULA TILLEY<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | Nes Georgia Inc<br>25 South Broad Street<br>Elizabeth, NJ 07202-3401 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| Orion Portfolio Services II, LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Physicians Practice Group<br>1499 Walton Way<br>Augusta, GA 30901-2660 | Pittsburgh Medical Associates<br>5129 Liberty Avenue<br>Pittsburgh PA 15224-2217 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PROFESSIONAL RECOVERY CONSULTANTS INC<br>2700 MERIDIAN PARKWAY<br>SUITE 200<br>DURHAM NC 27713-2450 | Quantum3 Group LLC as agent for<br>CreditShop LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Ratchford Law Group PC<br>54 Glenmaura National Boulevard<br>Suite 104<br>Moosic, PA 18507-2161 | Southwest Credit Systems<br>4120 International Parkway<br>Carrollton, TX 75007-1958 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tbom - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Tbom / Milestone<br>Po Box 4499<br>Beaverton, OR 97076-4499 | The Parc At Flowing Wells<br>1150 Interstate Parkway<br>Augusta, GA 30909-6404 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | (p)UNIVERSITY HEALTH SERVICES  INC<br>ATTN COLLECTIONS DIVISION<br>620 THIRTEENTH ST<br>AUGUSTA GA 30901-1008 |

```
(p)VIASAT INTERNET SERVICE          Bonnie L. Usselman                 Dallas W. Hartman
ATTN VIASAT INC                     210 Roenigc Road                   201 Green Ridge Drive
349 INVERNESS DRIVE SOUTH           Boyers, PA 16020-1318              New Castle, PA 16105-6139
ENGLEWOOD CO 80112-5882


Daniel P. Foster                    Michael J. Usselman                Ronda J. Winnecour
Foster Law Offices                  210 Roenigc Road                   Suite 3250, USX Tower
1210 Park Avenue                    Boyers, PA 16020-1318              600 Grant Street
Meadville, PA 16335-3110                                               Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION   Aspen Dental                       Augusta Vah Federal Credit Union
3415 Vision Drive                           281 Sanders Creek Parkway          1 Freedom Way
Columbus, OH 43219                          East Syracuse, NY 13057            Augusta, GA 30904


DirecTV LLC                         Georgia Department of Revenue      (d)JPMorgan Chase Bank Hl
Attn Bankruptcies                   TAXPAYER SERVICES DIVISION         700 Kansas Lane
PO Box 6550                         PO Box 105499                      Monroe, LA 71203
Englewood, CO 80155                 Atlanta, GA 30348-5499


(d)JPMorgan Chase Bank, N.A.        Jefferson Capital Systems LLC      National Credit System
Chase Records Center                Po Box 7999                        PO Box 312125
ATTN: Correspondence Mail           Saint Cloud Mn 56302-9617          Atlanta, GA 31131
Mail Code LA4-5555
700 Kansas Lane, Monroe, LA 71203


Nationwide Recovery Service         Pendrick Capital Partners II, LLC  Phoenix Financial Services
PO Box 8005                         Peritus Portfolio Services II, LLC 8902 Otis Avenue
Cleveland, TN 37320                 PO BOX 141419                      Indianapolis, IN 46216
                                    IRVING, TX  75014-1419


Pnc Bank                            Portfolio Recovery Associates, LLC Professional Recovery Consultants
Po Box 3180                         PO Box 41067                       2700 Meridian Parkway, Suite 200
Pittsburgh, PA 15230                Norfolk, VA 23541                  Durham, NC 27713-2204


University Hospital                 Viasat Inc
1350 Walton Way                     6155 El Camino Real
Augusta, GA 30901                   Carlsbad, CA 92009
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MidFirst Bank

(u)Quantum3 Group LLC as agent for CreditShop

End of Label Matrix
Mailable recipients    65
Bypassed recipients     2
Total                  67