**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-20972-CMB |
| Michael J. Usselman and | : | |
| Bonnie L. Usselman | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No.: 98 |
| Michael J. Usselman and | : | |
| Bonnie L. Usselman, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

    The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on January 24, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 10, 2024.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: February 12, 2024

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>February 12, 2024</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20972-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jan 24 09:43:23 EST 2024 | Ally Bank c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)ASPEN DENTAL<br>PO BOX 1578<br>ALBANY NY 12201-1578 |
| (p)SRP FEDERAL CREDIT UNION<br>PO BOX 6730<br>NORTH AUGUSTA SC 29861-6730 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Comenity Bank / Gander Mountain<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519-1641 | Consumer Portfolio Service<br>19500 Jamboree Road<br>Irvine, CA 92612-2437 |
| Credit Collection / Usa<br>16 Distributor Drive<br>Morgantown, WV 26501-7209 | Credit First NA<br>PO Box 81315<br>Cleveland, OH 44181-0315 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| ERC<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | Emp Of York County Ltd<br>325 South Belmont Street<br>York, PA 17403-2604 | GA Masters Emergency Physicians LLC<br>3651 Wheeler Road<br>Augusta, GA 30909-6521 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | IC System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | Jared Galleria / Genesis<br>Po Box 4485<br>Beaverton, OR 97076-4485 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Kubota Credit Corporation<br>Po Box 2046<br>Grapevine, TX 76099-2046 |

| | | |
|---|---|---|
| Lockhart, Morris & Mont<br>1401 North Central Expressway<br>Richardson, TX 75080-4669 | MCG Health Inc<br>1120 15th Street<br>Augusta, GA 30912-0006 | Mercury Card / Fb&t / Tsys<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 |
| MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 672288<br>MARIETTA GA 30006-0039 | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 |
| (p)NATIONWIDE RECOVERY SERVICE<br>ATTENTION PAULA TILLEY<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | Nes Georgia Inc<br>25 South Broad Street<br>Elizabeth, NJ 07202-3401 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| Orion Portfolio Services II, LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Physicians Practice Group<br>1499 Walton Way<br>Augusta, GA 30901-2660 | Pittsburgh Medical Associates<br>5129 Liberty Avenue<br>Pittsburgh PA 15224-2217 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PROFESSIONAL RECOVERY CONSULTANTS INC<br>2700 MERIDIAN PARKWAY<br>SUITE 200<br>DURHAM NC 27713-2450 | Quantum3 Group LLC as agent for<br>CreditShop LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Ratchford Law Group PC<br>54 Glenmaura National Boulevard<br>Suite 104<br>Moosic, PA 18507-2161 | Southwest Credit Systems<br>4120 International Parkway<br>Carrollton, TX 75007-1958 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tbom - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Tbom / Milestone<br>Po Box 4499<br>Beaverton, OR 97076-4499 | The Parc At Flowing Wells<br>1150 Interstate Parkway<br>Augusta, GA 30909-6404 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | (p)UNIVERSITY HEALTH SERVICES  INC<br>ATTN COLLECTIONS DIVISION<br>620 THIRTEENTH ST<br>AUGUSTA GA 30901-1008 |

(p)VIASAT INTERNET SERVICE
ATTN VIASAT INC
349 INVERNESS DRIVE SOUTH
ENGLEWOOD CO 80112-5882

Bonnie L. Usselman
210 Roenigc Road
Boyers, PA 16020-1318

Dallas W. Hartman
201 Green Ridge Drive
New Castle, PA 16105-6139


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Michael J. Usselman
210 Roenigc Road
Boyers, PA 16020-1318

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
3415 Vision Drive
Columbus, OH 43219

Aspen Dental
281 Sanders Creek Parkway
East Syracuse, NY 13057

Augusta Vah Federal Credit Union
1 Freedom Way
Augusta, GA 30904


DirecTV LLC
Attn Bankruptcies
PO Box 6550
Englewood, CO 80155

Georgia Department of Revenue
TAXPAYER SERVICES DIVISION
PO Box 105499
Atlanta, GA 30348-5499

(d)JPMorgan Chase Bank Hl
700 Kansas Lane
Monroe, LA 71203


(d)JPMorgan Chase Bank, N.A.
Chase Records Center
ATTN: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane, Monroe, LA 71203

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

National Credit System
PO Box 312125
Atlanta, GA 31131


Nationwide Recovery Service
PO Box 8005
Cleveland, TN 37320

Pendrick Capital Partners II, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Phoenix Financial Services
8902 Otis Avenue
Indianapolis, IN 46216


Pnc Bank
Po Box 3180
Pittsburgh, PA 15230

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Professional Recovery Consultants
2700 Meridian Parkway, Suite 200
Durham, NC 27713-2204


University Hospital
1350 Walton Way
Augusta, GA 30901

Viasat Inc
6155 El Camino Real
Carlsbad, CA 92009


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MidFirst Bank

(u)Quantum3 Group LLC as agent for CreditShop

End of Label Matrix
Mailable recipients    65
Bypassed recipients     2
Total                  67