**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-20972-CMB |
| Michael J. Usselman and | : | |
| Bonnie L. Usselman | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 96 |
| Michael J. Usselman and | : | |
| Bonnie L. Usselman, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | **ENTERED BY DEFAULT** |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Debtors' Motion for Approval of Post-Petition Vehicle Financing Dkt. No. 96 ("*Motion*") filed by Debtors on January 24, 2024.  Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    The *Motion* Dkt. No. 96 is **GRANTED** as provided by the terms of this Order. Debtors are authorized to obtain secured financing for the purchase of a replacement, vehicle on the following terms:

(a)  the total amount of financing shall not exceed **$25,000.00**; and

(b)  the monthly payments made under the financing agreement **shall not exceed $400.00 per month.**

2.    To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**.  Within **30 DAYS** of securing such financing, Debtors shall file:

(a)  an amended chapter 13 plan; and

(b)  a report of financing, including details of automobile trade-in or sale, if applicable.

3.      To ensure the prompt and timely payment of the automobile loan, Debtors shall make a

supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each

month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on

the loan.   The supplemental payments shall be in addition to the regular plan payment, pending

confirmation of the amended

plan.

4.      Pending confirmation of any amended plan providing for the new postpetition loan

payments, the trustee is authorized to make monthly adequate protection payments to the postpetition

automobile lender identified in the report of financing for the contract amount so long as sufficient

supplemental funds are provided by Debtors.

5.      Notwithstanding the inclusion of the postpetition loan within an amended chapter 13

plan, the underlying terms of the loan shall not be modified absent the

consent of the postpetition automobile lender.

6.      Debtors shall serve copies of this Order on all creditors eligible to receive distributions

through the chapter 13 plan and file proof of the same with the Court.

Prepared by: Daniel P. Foster

Date:  February 13, 2024

_____
UNITED STATES BANKRUPTCY JUDGE        **dmk**

Case Administrator to Mail to:
Debtor(s)

FILED
2/13/24 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 20-20972-CMB

Michael J. Usselman                                            Chapter 13

Bonnie L. Usselman

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael J. Usselman, Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Debtor Michael J. Usselman dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Bonnie L. Usselman dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Michael John Clark | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@squirelaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                          User: auto                                      Page 2 of 2
Date Rcvd: Feb 13, 2024                       Form ID: pdf900                                  Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 6