**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Michael J. Usselman and | : | Bankruptcy No: 20-20972-CMB |
| Bonnie L. Usselman, | : |  |
|  | : |  |
| *Debtors*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: 101 |
|  | : |  |
| Ally Bank, | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**      **Ally Bank**
**Incorrect Address:**  **PO Box 130424 Roseville, MN 55113-0004**
**Correct Address:**    **PO Box 660371 Dallas, TX 75266-0371**

                                                                Respectfully Submitted,

Date: <u>February 20, 2024</u>                                 <u>/s/Daniel P. Foster, Esquire</u>
                                                                Daniel P. Foster, Esquire
                                                                PA I.D. #92376
                                                                FOSTER LAW OFFICES
                                                                1210 Park Avenue
                                                                Meadville, PA 16335
                                                                Tel: 814.724.1165
                                                                Fax: 814.724.1158
                                                                Dan@MrDebtBuster.com
                                                                Attorney for Debtors