**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 20-20972-CMB |
| | : | |
| **Michael J. Usselman AND** | : | Chapter 13 |
| **Bonnie L. Usselman,** | : | |
| **Debtor** | : | |
| | : | Docket No.: 106 |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedules B & C** that was filed on April 1, 2024, Order and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: April 3, 2024

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

**Michael J. & Bonnie L. Usselman**
210 Roenig Road
Boyers, PA 16020


**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com


**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov