IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Michael J. Usselman AND | : | Bankruptcy No. 20-20972-CMB |
| Bonnie L. Usselman, | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| Michael J. Usselman, | : | Related to Document No. 108 |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, Kathryn Schwartz, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Consent Order Regarding Insurance Proceeds and Exemptions** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **April 4, 2024**     By:     /s/ *Kathryn Schwartz*
Kathryn Schwartz, Paralegal
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814-724-1165
Fax 814-724-1158

**MATRIX**

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
Service via CM/ECF

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Service via CM/ECF

Michael & Bonnie Usselman
210 Roenigc Road
Boyers, PA 16020
Service via US Mail

State Farm Insurance Company
c/o Claims Department
PO Box 52250
Phoenix, AZ 85072
Service via US Mail

Ally Financial
6716 Grade Lane
Building 9
Louisville, KY 40213
Service via US Mail