IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Michael J. Usselman AND                        :        Bankruptcy No. 20-20972-CMB
Bonnie L. Usselman,                            :
                              Debtors,         :        Chapter 13
                                               :
Michael J. Usselman,                           :        Document No. ___105___
                                               :
                              Movant,          :
      v.                                       :
                                               :
Ronda J. Winnecour, Chapter 13 Trustee,        :
                              Respondents.      :

**CONSENT ORDER REGARDING INSURANCE PROCEEDS AND EXEMPTIONS**

AND NOW, come the Debtors/Movants, Michael J. Usselman and Bonnie L. Usselman, by and through their undersigned counsel, Daniel P. Foster and Respondent Ronda J. Winnecour, Chapter 13 Trustee and respectfully represent as follows:

1. This case was commenced on March 13, 2020, when Debtors filed a voluntary Chapter 13 petition under Title 11 of the Bankruptcy Code.

2. Among Debtor's asset listed in original schedules is a 2019 Dodge Ram truck. The vehicle was co-owned by Debtor Husband, Michael Usselman and his son, Zachary Usselman. As the vehicle was co-owned, the monthly contractual payments were made outside the Chapter 13 plan.

3. The 2019 Dodge Ram was involved in an accident and deemed a **total loss** by State Farm Insurance company.

4. State Farm Insurance Company has funds in the amount of **$25,260.82** remaining following the satisfaction of the lien holder.  (Exhibit "A")

5. The Debtor has amended the exemptions in the case to reflect liquidation of the asset.  Debtor husband has claimed amended exemptions to reflect the following:

   a.  $4000.00 11 U.S.C § 522 d(3) – Motor Vehicle Exemption

   b.  $10,173.77 11 U.S.C § 522 d(5) – Debtor Husband remaining Wildcard Exemption

   c.  TOTAL Exemptions claimed : **$14,173.77**

   d.  Remaining funds exposed for _unsecured_ distribution: **$11,087.05**

6.  Debtor's Counsel and the Chapter 13 Trustee Stipulate and Agree that the Debtor Husband shall

retain $14,173.77 of insurance proceeds and the unsecured creditor pool shall receive $11,087.05

from the insurance proceeds.


WHEREFORE, the Debtors, Michael J. Usselman and Bonnie L. Usselman and

Respondent, Ronda J. Winnecour, Chapter 13 Trustee, respectfully request this Honorable Court

to Order that State Farm Insurance Company shall disburse $14,173.77 directly to the Debtor,

Michael Usselman, and $11,087.05 shall be disbursed directly to the Chapter 13 Trustee for

unsecured distribution.

Respectfully submitted,


Date: 04/01/2024

/s/Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566


Date: 04/01/2024

/s/ Daniel P. Foster
Daniel P. Foster, Foster Law Offices, LLC
Attorney for Debtors/Movants
1210 Park Avenue
Meadville, PA 16335
(814) 724-1165
PA I.D. 92376
dan@mrdebtbuster.com


IT IS SO ORDERED.

Date: ___4/3/2024___

Carlota M. Bohm    dmk
Carlota M. Bohm
Bankruptcy Judge

FILED
4/3/24 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

RF-FPHP          2/12/2024 3:59:25 PM  PAGE   3/024  Fax Server

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*            

February 12, 2024

Foster Law Offices                      **State Farm Claims**
1210 Park Ave                           PO Box 52250
Meadville PA  16335-3110                Phoenix AZ 85072-2250

RE:  Claim Number:          38-62Q7-01W
     Date of Loss:          January 31, 2024
     Vehicle Owner:         Michael Usselman
     Bankruptcy Case Number: 20-20972

To Whom It May Concern:

A letter of direction to pay or, if concluded, discharge paperwork is being requested from you as
the Trustee for bankruptcy case number 20-20972 for Foster Law Offices.

The direction to pay or discharge papers apply to proceeds from a total loss vehicle settlement
for Michael Usselman who owns a 2018 RAM 2500 SLT Crew Cab 4WD w/6'4" Box bearing
vehicle identification number 3C6UR5DLXJG102306, which was involved in a loss on January
31, 2024 and was determined to be a total loss.

The vehicle is currently financed by Ally Financial loan number 673926859665 . We understand
this loan is part of bankruptcy case number 20-20972 for Foster Law Offices. The current loan
payoff amount is $12,749.34 and the payoff amount is applicable until 02/22/2024. If this
amount has been negotiated, please advise us of the updated payoff amount. The order should
require the Lienholder to release the certificate of title to the insurer.

Enclosed are copies of the vehicle valuation report and total loss settlement breakdown letter
supporting a claim settlement value of $25,010.82.

Please complete a Direction to Pay and return directly to State Farm® Auto Claims at
statefarmclaims@statefarm.com including the claim number in the subject line. You may also
fax the completed Direction to Pay to (855) 666-0964.

If you have questions or need assistance, call us at (855) 231-1590 Ext. 712.

RF—FPHP                           2/12/2024 3:59:25 PM    PAGE    4/024    Fax Server

38-62Q7-01W
Page 2
February 12, 2024

Sincerely,

Autumn Wesson
Claim Specialist
(855) 231-1590  Ext. 712
Fax:  (855) 666-0964
statefarmclaims@statefarm.com
For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security
Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email.
Please contact us at (855) 231-1590  Ext. 712 to discuss sensitive information.

State Farm Mutual Automobile Insurance Company

cc:

    Michael Usselman
    210 Roenigk Rd
    Boyers PA  16020-1318


    Foster Law Offices
    1210 Park Ave
    Meadville PA  16335-3110


    Ally Financial
    6716 Grade Ln Bldg 9
    Louisville KY  40213-3410

RF-FPHP                2/12/2024 3:59:25 PM  PAGE  5/024  Fax Server

 **MARKET VALUATION REPORT**

*Prepared for STATE FARM INSURANCE COMPANIES*

## REPORT SUMMARY

### CLAIM INFORMATION

| | |
|---|---|
| Owner | Usselman, Michael |
| | 210 Roenigk Rd |
| | Boyers, PA 16020-1313 |
| Loss Vehicle | 2018 Ram 2500 SLT Crew Cab 4WD w/6'4" Box |
| Loss Incident Date | 01/31/2024 |
| Claim Reported | 02/05/2024 |

### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 117467643 |
| Claim Reference | 38-62Q7-01W01 |
| Claim Rep | Gordon, Clay |
| Appraiser | Riley, Jj |
| Appr. License: | 043098 |
| Odometer | 117,726 |
| Last Updated | 02/09/2024 09:48 AM |

### VALUATION SUMMARY

| | |
|---|---|
| **Pennsylvania Statewide Value** | **$ 35,180.00** |
| **Base Vehicle Value** | **$ 34,250.00** |
| **CCC Valuation (average of statewide and base vehicle values)** | **$ 34,715.00** |
| Condition Adjustment | + $ 1,000.00 |
| Refurbishments | + $ 71.00 |
| **Adjusted Vehicle Value** | **$ 35,786.00** |
| Vehicular Tax (6%) | + $ 2,147.16 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Value before Deductible** | **$ 37,933.16** |
| Deductible* | - $ 250.00 |
| **Total** | **$ 37,683.16** |

Appraiser's Signature: ...............................................

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.



The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

Loss vehicle has 35% greater than average mileage of 75,700.

**PENNSYLVANIA STATEWIDE VALUE**

The Pennsylvania Statewide Value is based on a 1 Pennsylvania valuations for a similarly equipped 2018 Ram 2500 SLT.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the CCC Valuation Amount to account for the actual condition of the loss vehicle and certain other rejected attributes, if any, such as refurbishments and other factory equipment.

**Inside the Report**

Valuation Methodology ................. 3
Vehicle Information ................... 4
Vehicle Condition .................... 7
Comparable Vehicles ................. 8
Valuation Notes ..................... 11

RF-PFHQ          2/12/2024 4:08:13 PM PAGE  6/024  Fax Server



## CCC ONE  MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## REPORT SUMMARY

### VALUATION SUMMARY

Supplemental Information ....... ..... 12

Adjustments indicated with an Asterisk (*) have been determined by STATE FARM
INSURANCE COMPANIES and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and
fees) may need to be taken into account.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

**CCC ONE MARKET VALUATION REPORT** | Owner: Usselman, Michael
Claim: 38-62Q7-01W01

# VALUATION METHODOLOGY

**How was the valuation determined?**



**CLAIM INSPECTION**

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



**DATABASE REVIEW**

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.



**SEARCH FOR COMPARABLES**

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



**CALCULATE BASE VEHICLE VALUE**

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE.** MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | BOYERS, PA 16020-1318 |
| VIN | 3C6UR5DLXJG102306 |
| Year | 2018 |
| Make | Ram |
| Model | 2500 |
| Trim | SLT |
| Body Style | Crew Cab 4WD w/6'4" Box |
| Body Type | Shortbed Pickup |
| Engine - | |
| Cylinders | 6 |
| Displacement | 6.7L |
| Induction | Turbocharged |
| Fuel Type | Diesel |
| Carburation | Diesel Direct Injection |
| Transmission | Automatic Transmission 4 Wheel Drive |
| Curb Weight | 6765 lbs |

## VEHICLE HISTORY SUMMARY

| | |
|---|---|
| Experian AutoCheck | No Title Problem Found |
| National Highway Traffic Safety Administration | 7 Recalls |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number (VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 CCC ONE  MARKET VALUATION REPORT

| Owner: Usselman, Michael
| Claim: 38-62Q7-01W01

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Package 1: | Air Suspension | |
| Odometer | 117,728 | |
| Transmission | Automatic Transmission | ✓ |
| | 4 Wheel Drive | ✓ |
| Power | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| Decor/Convenience | Air Conditioning | ✓ |
| | Climate Control | ▣ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ▣ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ▣ |
| | Overhead Console | ▣ |
| | Navigation System | ▣ |
| | Keyless Entry | ✓ |
| | Message Center | ✓ |
| | Home Link | ▣ |
| | Remote Starter | ▣ |
| Seating | Cloth Seats | ✓ |
| | Bucket Seats | ▣ |
| | Heated Seats | ▣ |
| Radio | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | Steering Wheel Touch Controls | ▣ |
| | Auxiliary Audio Connection | ✓ |
| | Premium Radio | ▣ |

To the left, is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ Standard This equipment is included in the base configuration of the vehicle at time of purchase.

▣ Additional Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE** MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## VEHICLE INFORMATION

**VEHICLE EQUIPMENT**

| | | |
|---|---|---|
| | Satellite Radio | ✓ |
| Wheels | 20" Or Larger Wheels | ✓ |
| Safety/Brakes | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Positraction | ✓ |
| | Backup Camera | ✓ |
| | Parking Sensors | ✓ |
| | Communications System | ✓ |
| | Hands Free | ✓ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| Exterior/Paint/Glass | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Privacy Glass | ✓ |
| | Fog Lamps | ✓ |
| | Signal Integrated Mirrors | ✓ |
| | Clearcoat Paint | ✓ |
| Other - Trucks | Rear Step Bumper | ✓ |
| | Trailer Hitch | ✓ |
| | Trailering Package | ✓ |
| | Running Boards/Side Steps | ✓ |
| | Power Rear Window | ✓ |
| | Bedliner (spray On) | ✓ |
| | Deluxe Truck Cap | ✓ |
| | Tool Box (permanent) | ✓ |
| | California Emissions | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE.** MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

# VEHICLE CONDITION/REFURBISHMENTS

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | AVERAGE PRIVATE | Guideline: Lightly soiled, faded and/or discolored. Few small tears, holes and/or burn marks. No significant bare spots. | $ 0 |
| Carpets | AVERAGE PRIVATE | Guideline: Lightly soiled and/or stained. Few small tears, holes and/or burn marks. No significant bare spots. | $ 0 |
| Dashboard | DEALER RETAIL | Guideline: No significant scratches and/or gouges. Components firmly intact and functional. No significant wear. | $ 138 |
| Headliner | AVERAGE PRIVATE | Guideline: Few small holes and/or burn marks. Lightly scuffed. | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | DEALER RETAIL | Guideline: Few dings. No rust. All panels intact and properly aligned. | $ 174 |
| Trim | DEALER RETAIL | Guideline: No broken and/or missing components. No dents. Few dings. | $ 83 |
| Paint | DEALER RETAIL | Guideline: Minimal surface chipping and/or scratches. Minor swirl marks. | $ 236 |
| Glass | DEALER RETAIL | Guideline: Light surface scratches and/or pitting. | $ 71 |
| **MECHANICAL** | | | |
| Engine | AVERAGE PRIVATE | Guideline: Minor seepage. Belts and hoses firm, show minimal wear. Minimal dirt and grease in engine compartment. | $ 0 |
| Transmission | AVERAGE PRIVATE | Guideline: Fluid slightly discolored. A few areas of seepage. | $ 0 |
| **TIRES** | | | |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components. For the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

STATE FARM INSURANCE COMPANIES also identifies the after factory options and unused dollars invested into the loss vehicle that were brought to its attention. CCC makes dollar adjustments that reflect the impact if any these items have on the value of the vehicle. The total of these adjustments is shown in the Valuation Summary as Refurbishments.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

RF-PFHQ            2/12/2024 4:08:13 PM  PAGE  12/024    Fax Server



CCC ONE  MARKET VALUATION REPORT | Owner: Usselman, Michael
| Claim: 38-62Q7-01W01

# VEHICLE CONDITION/REFURBISHMENTS

## COMPONENT CONDITION

|  | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Front Tires | DEALER RETAIL | Guideline: 69% to 90% of new. Example: Typical new car tires are 11/32, loss measures at 8/32 = 73% (8/11) | $ 119 |
| Rear Tires | DEALER RETAIL | Guideline: 69% to 90% of new. Example: Typical new car tires are 11/32, loss measures at 8/32 = 73% (8/11) | $ 119 |
| Suspension Kit | | Purchase Price : $ 5,058.00 | $ 75 |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

| Owner: Usselman, Michael
| Claim: 38-62Q7-01W01

## COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 1** | | | |
| Source: Autotrader<br>Premiere Auto Sales Inc<br>Washington, PA<br>(724) 223-0600<br>67 Miles From Boyers, PA | 2018 Ram 2500 Tradesman<br>Crew Cab 4wd W/6'4" Box<br>6 6.7l Diesel Turbocharged<br>Diesel Direct Injection<br>Odometer: 105,460<br>VIN: 3C8UR5CLXJG206618<br>Stock #: 23-680<br>Updated Date: 01/29/2024 | $ 32,935<br>(List) | $ 33,297 |
| **Comp 2** | | | |
| Source: Autotrader<br>Ron Lewis Chrysler Dodge<br>Jeep Ram Waynesburg<br>Waynesburg, PA<br>(724) 627-7111<br>85 Miles From Boyers, PA | 2018 Ram 2500 Tradesman<br>Crew Cab 4wd W/6'4" Box<br>6 6.7l Diesel Turbocharged<br>Diesel Direct Injection<br>Odometer: 120,480<br>VIN: 3C8UR5CL3JG105579<br>Stock #: 3T195A<br>Updated Date: 01/29/2024 | $ 31,518<br>(List) | $ 32,934 |
| **Comp 3** | | | |
| Source: Autotrader<br>Serpentini Chevrolet Of Orrville<br>Orrville, OH<br>(800) 935-8695<br>99 Miles From Boyers, PA | 2018 Ram 2500 Tradesman<br>Crew Cab 4wd W/6'4" Box<br>6 6.7l Diesel Turbocharged<br>Diesel Direct Injection<br>Odometer: 96,395<br>VIN: 3C8UR5CL2JG206516<br>Stock #: P7532<br>Updated Date: 12/12/2023 | $ 38,595<br>(List) | $ 36,186 |
| **Comp 4** | | | |
| Source: Autotrader<br>Cornerstone Trucks<br>Columbiana, OH<br>(330) 482-3115<br>44 Miles From Boyers, PA | 2018 Ram 2500 Tradesman<br>Crew Cab 4wd W/8' Box 6<br>6.7l Diesel Turbocharged<br>Diesel Direct Injection<br>Odometer: 189,794<br>VIN: 3C8UR5HLXJG257953<br>Stock #: Z458-A<br>Updated Date: 12/03/2023 | $ 25,990<br>(List) | $ 34,196 |
| **Comp 5** | | | |

Comparable vehicles used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value and may no longer be available for sale.

List Price is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

Distance is based upon a straight line between loss and comparable vehicle locations.

Adjusted Comparable Value represents the price of the comparable vehicle with adjustments for options, mileage, condition, and year/make/trim as compared to the loss vehicle.

An additional adjustment is also made to set the comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 CCC◼ONE  MARKET VALUATION REPORT | Owner: Usselman, Michael
| Claim: 38-62Q7-01W01

## COMPARABLE VEHICLES

| | | | |
|---|---|---|---|
| Source: Autotrader | **2018 Ram 2500 Tradesman** | $ 35,600 | $ 35,363 |
| Garrys Auto Sales Inc | **Crew Cab 4wd W/8' Box 6** | {List} | |
| Dunbar, PA | **6.7l Diesel Turbocharged** | | |
| (724) 628-8080 | **Diesel Direct Injection** | | |
| 80 Miles From Boyers, PA | Odometer: 101,475 | | |
| | VIN: 3C6UR5HL9JG358463 | | |
| | Stock #: 19813 | | |
| | Updated Date: 01/29/2024 | | |

**Comp 6**

| | | | |
|---|---|---|---|
| Source: Autotrader | **2019 Ram 2500 Tradesman** | $ 29,995 | $ 34,446 |
| Parkway Chrysler Dodge Jeep | **Crew Cab 4wd W/8' Box 6** | {List} | |
| Ram | **6.7l Diesel Turbocharged** | | |
| Dover, OH | **Diesel Direct Injection** | | |
| (330) 932-4534 | Odometer: 151,121 | | |
| 91 Miles From Boyers, PA | VIN: 3C6UR5HL3KG716075 | | |
| | Stock #: FT10475A | | |
| | Updated Date: 11/28/2023 | | |



© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## VALUATION NOTES

02/09/2024 15:10 - POADJ CHANGE REQUESTED BY: MCAFEE,CHAD

02/09/2024 15:10 - Options added :[Bucket Seats]

02/09/2024 15:10 - Post Valuation Adjustment entered for:

02/09/2024 15:10 - Condition Ratings changed after Valuation

02/09/2024 09:48 - POADJ CHANGE REQUESTED BY: MCAFEE,CHAD

02/09/2024 09:48 - Refurbishment Suspension Kit Changed: Purchase Price Old: NIL. Purchase Price New: $5,059.00 Mileage Old: NIL Mileage New: 0 Date Old: NIL Date New: 02/01/2019 Type Old: NIL Type New: Standard

02/09/2024 09:48 - Refurbishments changed after request Disposed

02/09/2024 09:48 - Options added :[Deluxe Truck Cap,Tool Box (permanent)]

02/09/2024 09:48 - Post Valuation Adjustment entered for:

02/09/2024 09:48 - Condition Ratings changed after Valuation

02/08/2024 11:20 - POADJ CHANGE REQUESTED BY: GORDON,CLAY

02/08/2024 11:20 - Options removed :[Clad Wheels]

02/08/2024 11:20 - Options added :[Premium Radio,Signal Integrated Mirrors,Rear Defogger,Remote Starter,20" Or Larger Wheels,Running Boards/Side Steps,Fog Lamps,Navigation System,Communications System,Heated Seats,Bedliner (spray On),Home Link,Climate Control,Console/Storage,Alarm,Power Rear Window,Parking Sensors,Steering Wheel Touch Controls,Positraction]

02/08/2024 11:20 - Packages added : AIR SUSPENSION

02/08/2024 11:20 - Post Valuation Adjustment entered for:

02/08/2024 11:20 - Condition Ratings changed after Valuation

02/08/2024 11:20 - VehicleOwnerPhoneNo changed, Old : 7248220326 with New : 724822326

02/08/2024 11:20 - PolicyNumber changed, Old : with New : 3416-900-38 001

02/08/2024 11:20 - AdjusterFirstName changed, Old : Express with New : CLAY

02/08/2024 11:20 - AdjusterLastName changed, Old : Team with New : GORDON

02/08/2024 11:20 - AdjusterId changed, Old : 770856086 with New : PY7Q

02/08/2024 11:20 - User has changed one or more of the below mentioned items: Appraiser, Insured, Owner, Loss Type, Coverage, Lease, Third Party

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Pennsylvania Administrative Code Section 62.3. Any person who know ngly and/or w rlent to injure or defraud any insurance company or other person who files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

RF-PFHQ          2/12/2024 4:08:13 PM   PAGE   16/024   Fax Server

# CCC ONE  MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

 **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | ✓ | No Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ✓ | No Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | ✓ | No Rental Record Found |
| Fleet and/or Rental | ✓ | No Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | ✓ | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides STATE FARM INSURANCE COMPANIES information supplied by Experian regarding the 2018 Ram 2500 [3C6URDL2JG102208]. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

LEGEND :
✓ No Event Found
⊙ Event Found
▦ Information Needed

TITLE CHECK
AutoCheck's result for this loss vehicle show no significant title events. When found, events can indicate automotive damage or warnings associated with the vehicle.

EVENT CHECK
AutoCheck's result for this loss vehicle show no record of events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

VEHICLE INFORMATION
AutoCheck's result for this loss vehicle show no vehicle information that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

ODOMETER CHECK
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering with found. AutoCheck determines odometer rollbacks by searching for record that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE  MARKET VALUATION REPORT | Owner: Usselman, Michael
| Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

**FULL HISTORY REPORT RUN DATE: 02/09/2024**

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/24/2017 | WAYNESBORO, GA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 01/30/2018 | WAYNESBORO, GA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 03/01/2018 | WAYNESBORO, GA | 10 | Motor Vehicle Dept. | Title (Lien Reported) |
| 07/18/2018 | WAYNESBORO, GA | | Motor Vehicle Dept. | Title (Lien Reported) |
| 10/1/2018 | BOYERS, PA | 16676 | Motor Vehicle Dept. | Title (Lien Reported) |
| 10/17/2018 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/06/2019 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 10/14/2019 | BUTLER, PA | | Dealer Service | Steering System Serviced |
| 10/14/2019 | BUTLER, PA | | Dealer Service | Multiple Point Vehicle Inspection |
| 10/14/2019 | BUTLER, PA | | Dealer Service | Recommended Maintenance Performed |
| 10/14/2019 | BUTLER, PA | | Dealer Service | Electrical System Serviced |
| 10/14/2019 | BUTLER, PA | | Dealer Service | Lights or Signals Serviced |
| 10/18/2019 | BUTLER, PA | | Dealer Service | Steering System Serviced |
| 10/18/2019 | BUTLER, PA | | Dealer Service | Multiple Point Vehicle Inspection |
| 10/18/2019 | BUTLER, PA | | Dealer Service | Recommended Maintenance Performed |
| 10/18/2019 | BUTLER, PA | | Dealer Service | Brakes Serviced |
| 10/18/2019 | BUTLER, PA | | Dealer Service | Electrical System Serviced |
| 10/18/2019 | BUTLER, PA | | Dealer Service | Promotional Service Performed |
| 11/04/2020 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/16/2021 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/17/2021 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 11/21/2022 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 12/06/2023 | BOYERS, PA | | Motor Vehicle Dept. | Registration Event/ Renewal |

AUTOCHECK TERMS AND CONDITIONS:

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

RF-PFHQ                 2/12/2024 4:08:13 PM   PAGE   18/024   Fax Server

# CCC ONE. MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS' FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE  MARKET VALUATION REPORT**

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

### ⚙ NHTSA VEHICLE RECALL

The National Highway Traffic Safety Administration has issued 7 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 18E096000

**Mfg's Report Date :** OCT 15, 2018

**Component :** STEERING:LINKAGES

**Potential Number Of Units Affected :** 847

**Summary :** Streetcar ORV LLC (Streetcar) is recalling certain American Expedition Vehicles (AEV) 3" Dualsport aftermarket suspension kits, part numbers N0436000 and N0436001, sold for installation on 2013-2018 RAM 2500 and 3500HD trucks. Improper installation and machining of the original equipment steering knuckle may weaken the joint between the steering drag link and knuckle.

**Consequence :** The weakened connection may result in a fractured steering drag link, causing a loss of steering and increasing the risk of a crash.

**Remedy :** Streetcar will notify owners and dealers will inspect and install a new steering knuckle, free of charge. The recall began December 3, 2018. Owners may contact AEV customer service at 1-248-926-0256, extension 500.

**NHTSA Campaign ID :** 18V332000

**Mfg's Report Date :** MAY 16, 2018

**Component :** ELECTRICAL SYSTEM:WIRING

**Potential Number Of Units Affected :** 4815961

**Summary :** Chrysler (FCA US LLC) is recalling certain 2014-2018 Dodge Journey, Charger and Durango, RAM 2500, 3500, 3500 Cab Chassis (more than 10,000lb), 4500 Cab Chassis and 5500 Cab Chassis, Jeep Cherokee and Grand Cherokee and Chrysler 300, 2014-2019 RAM 1500, 2015-2018 Dodge Challenger, 2015-2017 Chrysler 200, 2016-2018 RAM 3500 Cab Chassis (less than 10,000 lb), 2017-2018 Chrysler Pacifica and 2018 Jeep Wrangler vehicles. These vehicles are being recalled to address a defect that could prevent the cruise control system from disengaging. If, when using cruise control, there is a short circuit within the vehicle's wiring, the driver may not be able to shut off the cruise control either by depressing the brake pedal or manually turning the system off once it has been engaged, resulting in either the vehicle maintaining its current speed or possibly accelerating.

**Consequence :** If the vehicle maintains its speed or accelerates despite attempts to deactivate the cruise control, there would be an increased risk of a crash.

**Remedy :** Chrysler will notify owners, and dealers will inspect the software, and perform a software flash on the engine or powertrain control module, free of charge. The recall began June 4, 2018. Owners may contact Chrysler customer service at 1-800-853-1403. Note: Owners are advised to stop using cruise control until the software update has been performed. In the event that cruise control cannot be disengaged while driving, owners should firmly and steadily apply the brakes and shift the transmission to neutral, placing the vehicle in park once it has stopped.

**Dates Of Manufacture :** JUN 10, 2013 to MAY 23, 2018

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

## CCC ONE  MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

**Manufacturer Recall No. : U49,U59-U65,U66,U73**

---

**NHTSA Campaign ID :** 17V824000

**Mfg's Report Date :** DEC 20, 2017

**Component :** EQUIPMENT

**Potential Number Of Units Affected :** 61791

**Summary :** Chrysler (FCA US LLC) is recalling various Dodge, Chrysler, and RAM vehicles equipped with Kidde Plastic-Handle or Push Button 'Pindicator' Fire Extinguishers. A list of the affected trailer models is available at: https://static.nhtsa.gov/odi/rcl/2017/RMISC-17V824-0103.pdf. These extinguishers may become clogged, preventing the extinguisher from discharging as expected or requiring excessive force to activate the extinguisher. Additionally, in certain models, the nozzle may detach from the valve assembly with enough force that it could cause injury and also render the product inoperable. For a full list of the affected fire extinguisher models visit: https://static.nhtsa.gov/odi/rcl/2017/RMISC-17E062-5427.pdf

**Consequence :** If the fire extinguisher does not function properly, it can increase the risk of injury in the event of a fire.

**Remedy :** Chrysler will notify owners instructing them to contact Kidde for a replacement fire extinguisher, free of charge. The recall began February 14, 2018. Owners may contact Chrysler customer service at 1-800-853-1403 or Kidde customer service service toll-free at 1-855-262-3540, or online at www.kidde.com and click on "Product Safety Recall" for more information. Chrysler's number for this recall is T82.

**Dates Of Manufacture :** JUN 05, 2013 to NOV 13, 2017

**Manufacturer Recall No. :** T82

---

**NHTSA Campaign ID :** 18V100000

**Mfg's Report Date :** FEB 07, 2018

**Component :** POWER TRAIN:AUTOMATIC TRANSMISSION

**Potential Number Of Units Affected :** 180462

**Summary :** Chrysler (FCA US LLC) is recalling certain 2017-2018 RAM 1500, 2500, 3500, 3500 Cab Chassis, 4500 Cab Chassis, and 5500 Cab Chassis vehicles, all equipped with a column shifter. Pushing the brake pedal for prolonged periods when the vehicle is running and in PARK may cause the Brake Transmission Shift Interlock (BTSI) pin to stick in the open position. With the pin in the open position, the transmission can be shifted out of PARK into any gear without pushing the brake pedal or having the key in the ignition.

**Consequence :** Being able to shift the transmission without pushing the brake pedal and/or without a key in the ignition can increase the risk of an unintended vehicle rollaway that may result in personal injury or a crash.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

RF—PFHQ                2/127/2024 4:08:13 PM  PAGE  21/024  Fax Server

# CCC ONE. MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

**Remedy :** Chrysler will notify owners and dealers will update the Body Control Module software. Dealers will also test the BTSi operation, replacing the solenoid as necessary. The recall began February 26, 2018. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is U11.

**Dates Of Manufacture :** DEC 31, 2016 to JAN 09, 2018

**Manufacturer Recall No. :** U11

---

**NHTSA Campaign ID :** 18V398000

**Mfg's Report Date :** JUN 13, 2018

**Component :** BACK OVER PREVENTION: SENSING SYSTEM: CAMERA

**Potential Number Of Units Affected :** 1837

**Summary :** Chrysler (FCA US LLC) is recalling certain 2018 Dodge Journey and RAM 1500, 2500, and 3500 vehicles. The backup camera may experience a loss of image display while backing up. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 111, "Rearview Mirrors."

**Consequence :** A loss of image in the rearview camera while backing up can increase the risk of a crash.

**Remedy :** Chrysler will notify owners, and dealers will replace the rearview mirror, free of charge. The recall began August 2, 2018. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is U56.

**Dates Of Manufacture :** APR 30, 2018 to MAY 10, 2018

**Manufacturer Recall No. :** U56

---

**NHTSA Campaign ID :** 19V347000

**Mfg's Report Date :** MAY 06, 2019

**Component :** LATCHES/LOCKS/LINKAGES:TAILGATE:LATCH

**Potential Number Of Units Affected :** 1103209

**Summary :** Chrysler (FCA US LLC) is recalling certain 2015-2017 Ram 1500, 2500 and 3500 pickup trucks equipped with an 8 foot bed and a power locking tailgate. Chrysler is also recalling all 2013-2014 and 2018 Ram 1500, 2500 and 3500 pickup trucks built before April 1, 2018 with a 6 or 8 foot bed and a power locking tailgate. On August 29, 2019 Chrysler expanded the recall to include an additional 693,128 model year 2013-2014 Ram 1500, 2500 and 3500 pickup trucks. The tailgate actuator limiter tab may fracture and cause the tailgate to unlatch and open while driving.

**Consequence :** If the tailgate opens while the vehicle is being driven, cargo may fall out the vehicle and create a road hazard, increasing the risk of crash.

**Remedy :** Chrysler will notify owners and dealers will repair the tailgate latch, free of charge. The recall began May 23, 2019. Chrysler is expected to notify owners of the expanded population on October 18, 2019. Owners may contact FCA US customer service at 1-800-853-1403. FCA US's number for this recall is V44. Note: 2015-2017 MY Ram 1500 pickup trucks with truck beds other than 8 foot, are currently covered under NHTSA recall 18V-486 for this issue.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

RF-PFHQ                          27/12/2024 4:08:13 PM   PAGE   22/024   Fax Server

# CCC ONE. MARKET VALUATION REPORT

Owner: Usselman, Michael
Claim: 38-62Q7-01W01

## SUPPLEMENTAL INFORMATION

Dates Of Manufacture : OCT 23, 2012 to MAR 30, 2018
Manufacturer Recall No. : V44

---

NHTSA Campaign ID : 19V021000
Mfg's Report Date : JAN 24, 2019
Component : STEERING:LINKAGES:DRAG LINK:CONNECTION
Potential Number Of Units Affected : 795575
Summary : Chrysler (FCA US LLC) is recalling certain 2013-2018 Ram 3500 and
2014-2018 Ram 3500 Chassis Cab and Ram 2500 vehicles. The outboard steering
linkage jam nut may loosen, allowing one end of the drag link to separate.
Consequence : A drag link separation can cause a loss of steering control, increasing the
risk of crash.
Remedy : Chrysler will notify owners, and dealers will check the steering linkage jam
nut tightness, replacing the drag link assembly or welding the nut to the adjuster sleeve,
free of charge. The recall began March 22, 2019. Owners may contact Chrysler customer
service at 1-800-853-1403. Chrysler's number for this recall is V06.
Dates Of Manufacture : JUN 03, 2013 to DEC 28, 2018
Manufacturer Recall No. : V06

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

RF-PFHQ    2/12/2024 4:08:13 PM  PAGE  23/024  Fax Server

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*                           State Farm®

February 12, 2024

Michael Usselman                          **State Farm Claims**
210 Roenigk Rd                            PO Box 52250
Boyers PA 16020-1318                       Phoenix AZ 85072-2250

RE:    Claim Number:    38-62Q7-01W
       Date of Loss:    January 31, 2024
       Vehicle:         2018 RAM 2500 SLT Crew Cab 4WD w/6'4" Box
       VIN:             3C6UR5DLXJG102306
       Mileage:         117728 (observed at the time of inspection)

Dear Michael Usselman:

Your policy provides for payment of the actual cash value of your vehicle, less any applicable deductible for your total loss. Actual cash value is generally determined by the age, condition, equipment and mileage of your vehicle at the time the loss occurred.

To assist us in determining actual cash value, we consider information obtained by our representatives, information provided by you, vehicle valuation services, and other sources. If you have additional information you wish us to consider, or if you believe we have not correctly determined the actual cash value of your vehicle, please contact us.

The amount payable to you was determined as follows:

| | |
|---|---|
| Actual Cash Value | $35,786.00 |
| Plus: Taxes | $2,147.16 |
| Title Transfer: | $77.00 |
| | |
| Subtotal | $38,010.16 |
| Less: Deductible | $250 |
| | |
| Payment to Lien/Lease holder (if applicable) | $12,749.34 |
| Total Net Payable to You | $25,010.82 |

Now that your vehicle has been determined a Total Loss, contact your local State Farm® Agent to discuss your policy.

Thank you for choosing State Farm for your insurance needs.

If you have questions or need assistance, call us at (855) 231-1590 Ext. 712.

RF-PFHQ    2/12/2024 4:08:13 PM    PAGE    24/024    Fax Server

38-62Q7-01W
Page 2
February 12, 2024

Sincerely,

Autumn Wesson
Claim Specialist
(855) 231-1590 Ext. 712
Fax: (855) 666-0964
statefarmclaims@statefarm.com
For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security
Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email.
Please contact us at (855) 231-1590 Ext. 712 to discuss sensitive information.

**State Farm Mutual Automobile Insurance Company**

Enclosure(s):  Settlement Documents

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment
preferences, and many other insurance services.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 20-20972-CMB

Michael J. Usselman                                                                  Chapter 13

Bonnie L. Usselman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                               Page 1 of 2
Date Rcvd: Apr 03, 2024                          Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Usselman, Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Michael J. Usselman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Bonnie L. Usselman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com

TOTAL: 6