**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 20-20972-CMB** |
| **Michael J. Usselman AND** | : | |
| **Bonnie L. Usselman,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **RELATED TO DOCKET NO.: 111** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR,**
**FOR FINAL COMPENSATION**

**TO THE RESPONDENTS:**

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 2, 2024 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on May 21, 2024 at 1:30 P.M. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>April 15, 2024</u>

Respectfully submitted,
<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation, Exhibit C, Local Form 08, Proposed Order and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **April 15, 2024** | *By: /s/ Kathryn Schwartz* |
| | Kathryn Schwartz, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

*Parties served by the court electronically were not served by regular mail

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20972-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Apr 15 13:40:39 EDT 2024 | Ally Bank c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Ally Bank<br>PO Box 660371<br>Dallas, TX 75266-0371 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)ASPEN DENTAL<br>PO BOX 1578<br>ALBANY NY 12201-1578 |
| (p)SRP FEDERAL CREDIT UNION<br>PO BOX 6730<br>NORTH AUGUSTA SC 29861-6730 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Comenity Bank / Gander Mountain<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519-1641 | Consumer Portfolio Service<br>19500 Jamboree Road<br>Irvine, CA 92612-2437 |
| Credit Collection / Usa<br>16 Distributor Drive<br>Morgantown, WV 26501-7209 | Credit First NA<br>PO Box 81315<br>Cleveland, OH 44181-0315 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| ERC<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | Emp Of York County Ltd<br>325 South Belmont Street<br>York, PA 17403-2604 | GA Masters Emergency Physicians LLC<br>3651 Wheeler Road<br>Augusta, GA 30909-6521 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | IC System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | Jared Galleria / Genesis<br>Po Box 4485<br>Beaverton, OR 97076-4485 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Kubota Credit Corporation<br>Po Box 2046<br>Grapevine, TX 76099-2046 |

```
Lockhart, Morris & Mont                 MCG Health Inc                          Mercury Card / Fb&t / Tsys
1401 North Central Expressway           1120 15th Street                        1415 Warm Springs Road
Richardson, TX 75080-4669               Augusta, GA 30912-0006                  Columbus, GA 31904-8366


MidFirst Bank                           (p)NATIONAL CREDIT SYSTEMS              National Recovery Agency
Bankruptcy Department                   ATTN BANKRUPTCY                         2491 Paxton Street
999 NW Grand Boulevard, #110            PO BOX 672288                           Harrisburg, PA 17111-1036
Oklahoma City, OK 73118-6051            MARIETTA GA 30006-0039


(p)NATIONWIDE RECOVERY SERVICE          Nes Georgia Inc                         ONEMAIN
ATTENTION PAULA TILLEY                  25 South Broad Street                   P.O. BOX 3251
PO BOX 8005                             Elizabeth, NJ 07202-3401                EVANSVILLE, IN 47731-3251
CLEVELAND TN 37320-8005


Office of the United States Trustee     OneMain Financial                       Onemain Financial
1000 Liberty Avenue                     PO Box 3251                             Po Box 1010
Suite 1316                              Evansville, IN 47731-3251               Evansville, IN 47706-1010
Pittsburgh, PA 15222-4013


Orion Portfolio Services II, LLC        (p)PERITUS PORTFOLIO SERVICES II  LLC   (p)PHOENIX FINANCIAL SERVICES LLC
c/o PRA Receivables Management, LLC     PO BOX 141419                           PO BOX 361450
PO Box 41021                            IRVING TX 75014-1419                    INDIANAPOLIS IN 46236-1450
Norfolk VA 23541-1021


Physicians Practice Group               Pittsburgh Medical Associates           (p)PNC BANK RETAIL LENDING
1499 Walton Way                         5129 Liberty Avenue                     P O BOX 94982
Augusta, GA 30901-2660                  Pittsburgh PA 15224-2217                CLEVELAND OH 44101-4982


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    (p)PROFESSIONAL RECOVERY CONSULTANTS INC   Quantum3 Group LLC as agent for
PO BOX 41067                            2700 MERIDIAN PARKWAY                   CreditShop LLC
NORFOLK VA 23541-1067                   SUITE 200                               PO Box 788
                                        DURHAM NC 27713-2450                    Kirkland, WA  98083-0788


Ratchford Law Group PC                  Southwest Credit Systems                Synchrony Bank
54 Glenmaura National Boulevard         4120 International Parkway              c/o of PRA Receivables Management, LLC
Suite 104                               Carrollton, TX 75007-1958               PO Box 41021
Moosic, PA 18507-2161                                                           Norfolk, VA 23541-1021


Tbom - Genesis Retail                   Tbom / Milestone                        The Parc At Flowing Wells
Po Box 4499                             Po Box 4499                             1150 Interstate Parkway
Beaverton, OR 97076-4499                Beaverton, OR 97076-4499                Augusta, GA 30909-6404


UPMC Health Services                    UPMC Physician Services                 (p)UNIVERSITY HEALTH SERVICES  INC
PO Box 1123                             PO Box 1123                             ATTN COLLECTIONS DIVISION
Minneapolis, MN 55440-1123              Minneapolis, MN 55440-1123              620 THIRTEENTH ST
                                                                                AUGUSTA GA 30901-1008
```

```
(p)VIASAT INTERNET SERVICE              Bonnie L. Usselman                  Dallas W. Hartman
ATTN VIASAT INC                         210 Roenigc Road                    201 Green Ridge Drive
349 INVERNESS DRIVE SOUTH               Boyers, PA 16020-1318               New Castle, PA 16105-6139
ENGLEWOOD CO 80112-5882


Daniel P. Foster                        Michael J. Usselman                 Ronda J. Winnecour
Foster Law Offices                      210 Roenigc Road                    Suite 3250, USX Tower
1210 Park Avenue                        Boyers, PA 16020-1318               600 Grant Street
Meadville, PA 16335-3110                                                    Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION   Aspen Dental                        Augusta Vah Federal Credit Union
3415 Vision Drive                           281 Sanders Creek Parkway           1 Freedom Way
Columbus, OH 43219                          East Syracuse, NY 13057             Augusta, GA 30904


DirecTV LLC                                 Georgia Department of Revenue       (d)JPMorgan Chase Bank Hl
Attn Bankruptcies                           TAXPAYER SERVICES DIVISION          700 Kansas Lane
PO Box 6550                                 PO Box 105499                       Monroe, LA 71203
Englewood, CO 80155                         Atlanta, GA 30348-5499


(d)JPMorgan Chase Bank, N.A.                Jefferson Capital Systems LLC       National Credit System
Chase Records Center                        Po Box 7999                         PO Box 312125
ATTN: Correspondence Mail                   Saint Cloud Mn 56302-9617           Atlanta, GA 31131
Mail Code LA4-5555
700 Kansas Lane, Monroe, LA 71203


Nationwide Recovery Service                 Pendrick Capital Partners II, LLC   Phoenix Financial Services
PO Box 8005                                 Peritus Portfolio Services II, LLC  8902 Otis Avenue
Cleveland, TN 37320                         PO BOX 141419                       Indianapolis, IN 46216
                                            IRVING, TX  75014-1419


Pnc Bank                                    Portfolio Recovery Associates, LLC  Professional Recovery Consultants
Po Box 3180                                 PO Box 41067                        2700 Meridian Parkway, Suite 200
Pittsburgh, PA 15230                        Norfolk, VA 23541                   Durham, NC 27713-2204


University Hospital                         Viasat Inc
1350 Walton Way                             6155 El Camino Real
Augusta, GA 30901                           Carlsbad, CA 92009
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MidFirst Bank

(u)Quantum3 Group LLC as agent for CreditShop

End of Label Matrix
Mailable recipients   65
Bypassed recipients    2
Total                 67