**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/28/2024

IN RE:

MICHAEL J. USSELMAN
BONNIE L. USSELMAN
210 ROENIGC ROAD
BOYERS,  PA  16020
XXX-XX-0630          Debtor(s)

XXX-XX-3381

Case No.20-20972 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/28/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0245 |
| **LOGS LEGAL GROUP LLP**<br>985 OLD EAGLE SCHOOL RD STE 514<br>WAYNE, PA  19087 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AGCHOICE FARM CREDIT ACA**<br>610 EVANS CITY RD<br>BUTLER, PA  16001 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **ALLY BANK**\*\*<br>C/O ALLY SERVICING LLC(\*)<br>PAYMENT PROCESSING CENTER\*<br>PO BOX 660618<br>DALLAS, TX  75266 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 0.00<br>COMMENT: SURR/PL\*CL=50565.02 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9665 |
| **MIDFIRST BANK SSB**\*<br>ATTN BANKRUPTCY TRUSTEE PMTS\*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR-PL\*DKT4PMT-LMT\*BGN 4/20\*FR JPMORGAN-DOC 52\*LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2310 |
| **KUBOTA CREDIT CORP (USA)**<br>POB 2313<br>CAROL STREAM, IL  60132-2313 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: CL7GOV@LTCD\*24336@0%/PL@PIF\*396.34x(60+2)=LMT\*W/51 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0928 |
| **KUBOTA CREDIT CORP (USA)**<br>POB 2313<br>CAROL STREAM, IL  60132-2313 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 13,453.08<br>COMMENT: 13847@0%/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8043 |
| **KUBOTA CREDIT CORP (USA)**<br>POB 2313<br>CAROL STREAM, IL  60132-2313 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,323.75<br>COMMENT: $CL15GOV@TERMS/PL\*PMT/CONF\*1306@0%/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1673 |
| **SRP FEDERAL CREDIT UNION**<br>PO BOX 6730<br>NORTH AUGUSTA, SC  29861 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1193 |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 8,682.90<br>COMMENT: $@0%/CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0630 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA 17128-0946 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: | CLAIM: 4,919.74 <br> COMMENT: $@0%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 0630 |
| **CAPITAL ONE**** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6459 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 3 | CLAIM: 1,647.71 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7799 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 4 | CLAIM: 1,333.90 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5316 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 5 | CLAIM: 758.46 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6601 |
| **PENDRICK CAPITAL PARTNERS II LLC** <br> C/O PERITUS PORTFOLIO SERVICES II LLC <br> PO BOX 141419 <br> IRVING, TX 75014-1419 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 13 | CLAIM: 1,134.00 <br> COMMENT: 38N1/SCH*GA MSTRS*MEDICAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2718 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** <br> 245 MAIN ST <br> DICKSON CITY, PA 18519 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: EMP OF YORK/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 61N1 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** <br> 245 MAIN ST <br> DICKSON CITY, PA 18519 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NES GA/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 53N1 |
| **CREDIT COLLECTIONS USA** <br> 16 DISTRIBUTOR DRIVE <br> STE 1 <br> MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: PGH MDCL ASSOC/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6901 |
| **CREDIT FIRST NA*** <br> BK 13 CREDIT OPERATIONS* <br> POB 818011* <br> CLEVELAND, OH 44181-8011 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9058 |

| Creditor | Trustee Claim # | INT % | Court Claim # | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| ERC<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | 21 | 0.00% | | UNSECURED CREDITOR | 3312 | 0.00 | ATT~DIRECTV/SCH |
| IC SYSTEM INC++<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | 22 | 0.00% | | UNSECURED CREDITOR | 7771 | 0.00 | ATT~DIRECTV/SCH |
| JARED GALLERIA<br>POB 740425<br>CINCINNATI, OH 45274-0425 | 23 | 0.00% | | UNSECURED CREDITOR | 2411 | 0.00 | NT ADR/SCH |
| LOCKHART MORRIS & MONTGOMERY INC<br>1401 N CENTRAL EXPY SUITE 201<br>RICHARDSON, TX 75080 | 24 | 0.00% | | UNSECURED CREDITOR | 1218 | 0.00 | MCG HEALTH/SCH |
| QUANTUM3 GROUP LLC - AGENT CREDITSHOP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 25 | 0.00% | 17 | UNSECURED CREDITOR | 9109 | 0.00 | MERCURY/CREDIT SHOP*CL @ 6258.76 W/DRAWN-DOC 93 |
| NATIONAL CREDIT SYSTEM<br>ATTN BKRPTCY<br>PO BOX 312125<br>ATLANTA, GA 31131-2125 | 26 | 0.00% | | UNSECURED CREDITOR | 2211 | 0.00 | PARC AT FLOWING WELLS/SCH |
| NATIONAL RECOVERY AGENCY GROUP**<br>POB 67015<br>HARRISBURG, PA 17016-7015 | 27 | 0.00% | | UNSECURED CREDITOR | 7644 | 0.00 | NT ADR~ASPEN/SCH |
| NATIONWIDE RECOVERY SERVICES<br>545 W INMAN ST<br>CLEVELAND, TN 37311 | 28 | 0.00% | | UNSECURED CREDITOR | 5575 | 0.00 | NT ADR~PHYSCNS PRCTC/SCH |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | 29 | 0.00% | 2 | UNSECURED CREDITOR | 7154 | 11,326.56 | |
| PRA/PORTFOLIO RECOVERY ASSOC<br>POB 12914<br>NORFOLK, VA 23541 | 30 | 0.00% | 1 | UNSECURED CREDITOR | 5170 | 6,269.80 | 5174/SCH*FR ONEMAIN-DOC 27 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PHOENIX FINANCIAL++** <br> 8902 OTIS AVE STE 103A <br><br> INDIANAPOLIS, IN  46216 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  GA MASTERS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8867 |
| **PNC BANK++** <br> POB 3180 <br><br> PITTSBURGH, PA  15230 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6517 |
| **SOUTHWEST CREDIT SYSTEMS*** <br> 4120 INTERNATIONAL PARKWAY <br> STE 1100 <br><br> CARROLLTON, TX  75007 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  VIASAT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1047 |
| **ORION PORTFOLIO SERVICES II LLC** <br> C/O PRA RECEIVABLES MANAGEMENT LCC <br> PO BOX 41031 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM:  927.86 <br> COMMENT:  TBOM/MILESTONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6592 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number:12 <br> CLAIM:  1,775.63 <br> COMMENT:  6955/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3381 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:36  INT %: 0.00% <br> Court Claim Number:11 <br> CLAIM:  4,196.96 <br> COMMENT:  7365/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3381 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:37  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM:  290.41 <br> COMMENT:  5331/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0630 |
| **UNIVERSITY HOSPITAL FACILITY SVCS++** <br> POB 70887 <br><br> CLEVELAND, OH  44190 | Trustee Claim Number:38  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4781 |
| **UNIVERSITY HOSPITAL FACILITY SVCS++** <br> POB 70887 <br><br> CLEVELAND, OH  44190 | Trustee Claim Number:39  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9000 |
| **UNIVERSITY HOSPITAL FACILITY SVCS++** <br> POB 70887 <br><br> CLEVELAND, OH  44190 | Trustee Claim Number:40  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5634 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ASPEN DENTAL++**<br>POB 3189<br>SYRACUSE, NY 13220-3189 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **EMP OF YORK COUNTY++**<br>325 SOUTH BELMONT ST<br>YORK, PA 17403 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GA MASTERS EMERGENCY PHYSCIANS**<br>3651 WHEELER RD<br>AUGUSTA, GA 30909 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCG HEALTH**<br>1120 15TH ST<br>AUGUSTA, GA 30912 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NES GEORGIA**<br>25 S BROAD ST<br>ELIZABETH, NJ 07202 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH MEDICAL ASSOC++**<br>1528 BEECHVIEW AVE<br>PITTSBURGH, PA 15216 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL F RATCHFORD ESQ**<br>409 LACKAWANNA AVE STE 320<br>SCRANTON, PA 18503 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 651.04<br>COMMENT: NT/SCH*COMENITY/GANDER MOUNTAIN*NO PAYMENT~CHARGED OFF 8/15/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6500 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 891.68<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0630 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **KUBOTA CREDIT CORP (USA)**<br>POB 2313<br><br>CAROL STREAM, IL 60132-2313 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:7 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0928 | CLAIM: 407.37<br>COMMENT: CL7GOV@LTCD*24336@0%/PL@PIF*ARRS*W/6 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:8 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2310 | CLAIM: 1,350.92<br>COMMENT: $/CL-PL*THRU 3/20*FR JPMORGAN-DOC 52*LMP DENIED |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:08 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2310 | CLAIM: 0.00<br>COMMENT: LMP DENIED*PMT/LMP OE*BGN 6/20*FR JPMORGAN-DOC 52*W/5,52 |
| **GEORGIA DEPARTMENT OF REVENUE**<br>C/O GEORGIA TAX CENTER (GTC)*<br>1800 CENTURY CENTER BLVD<br>NE ATLANTA, GA 30345-3205 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6608 | CLAIM: 0.00<br>COMMENT: $/AMD SCH E*NT PROV/PL*NT ADR/SCH |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: MIDFIRST BANK/PRAE |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE |
| **WESTLAKE FINANCIAL SERVICES(*)**<br>4751 WILSHIRE BLVD STE 100<br><br>LOS ANGELES, CA 90010 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PMT/PL*393.38x(12 REM MOS+2)=LMT*BGN 4/24 |