**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAEL J. USSELMAN | Case No.:20-20972 |
| BONNIE L. USSELMAN | |
| Debtor(s) | Chapter 13 |
| | |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/13/2020  and confirmed on 8/20/20 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 169,369.05 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 169,369.05 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,030.00 | |
|   Trustee Fee | 8,726.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,756.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AGCHOICE FARM CREDIT ACA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 83,689.60 | 0.00 | 83,689.60 |
|     Acct: 2310 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2310 | | | | |
|   MIDFIRST BANK SSB* | 1,350.92 | 1,350.92 | 0.00 | 1,350.92 |
|     Acct: 2310 | | | | |
|   KUBOTA CREDIT CORP (USA) | 0.00 | 24,573.08 | 0.00 | 24,573.08 |
|     Acct: 0928 | | | | |
|   KUBOTA CREDIT CORP (USA) | 13,453.08 | 13,453.08 | 0.00 | 13,453.08 |
|     Acct: 8043 | | | | |
|   KUBOTA CREDIT CORP (USA) | 1,323.75 | 1,323.75 | 0.00 | 1,323.75 |
|     Acct: 1673 | | | | |
|   KUBOTA CREDIT CORP (USA) | 407.37 | 407.37 | 0.00 | 407.37 |
|     Acct: 0928 | | | | |
|   ALLY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9665 | | | | |
|   SRP FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1193 | | | | |
| | | | | 124,797.80 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. USSELMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 1,950.00 | 1,950.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6/24 | | | | |
|   DANIEL P FOSTER ESQ** | 3,080.00 | 3,080.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 8,682.90 | 8,682.90 | 0.00 | 8,682.90 |
|     Acct: 0630 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 4,919.74 | 4,919.74 | 0.00 | 4,919.74 |
| Acct: 0630 | | | | |
| GEORGIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6608 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 5,113.94 | 0.00 | 5,113.94 |
| Acct: | | | | |
| | | | | 18,716.58 |
| **Unsecured** | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6459 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,647.71 | 586.06 | 0.00 | 586.06 |
| Acct: 7799 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,333.90 | 474.44 | 0.00 | 474.44 |
| Acct: 5316 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 758.46 | 269.77 | 0.00 | 269.77 |
| Acct: 6601 | | | | |
| PENDRICK CAPITAL PARTNERS II LLC | 1,134.00 | 403.34 | 0.00 | 403.34 |
| Acct: 2718 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 61N1 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 53N1 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6901 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9058 | | | | |
| ERC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3312 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7771 | | | | |
| JARED GALLERIA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2411 | | | | |
| LOCKHART MORRIS & MONTGOMERY IN( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1218 | | | | |
| QUANTUM3 GROUP LLC - AGENT CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9109 | | | | |
| NATIONAL CREDIT SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2211 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7644 | | | | |
| NATIONWIDE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5575 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 11,326.56 | 4,028.63 | 0.00 | 4,028.63 |
| Acct: 7154 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,269.80 | 2,230.04 | 0.00 | 2,230.04 |
| Acct: 5170 | | | | |
| PHOENIX FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8867 | | | | |
| PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6517 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1047 | | | | |
| ORION PORTFOLIO SERVICES II LLC | 927.86 | 330.02 | 0.00 | 330.02 |
| Acct: 6592 | | | | |
| UPMC PHYSICIAN SERVICES | 1,775.63 | 631.56 | 0.00 | 631.56 |
| Acct: 3381 | | | | |
| UPMC HEALTH SERVICES | 4,196.96 | 1,492.77 | 0.00 | 1,492.77 |
| Acct: 3381 | | | | |
| UPMC HEALTH SERVICES | 290.41 | 103.29 | 0.00 | 103.29 |

20-20972                                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0630 | | | | |
| UNIVERSITY HOSPITAL FACILITY SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4781 | | | | |
| UNIVERSITY HOSPITAL FACILITY SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9000 | | | | |
| UNIVERSITY HOSPITAL FACILITY SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5634 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 651.04 | 231.56 | 0.00 | 231.56 |
| Acct: 6500 | | | | |
| INTERNAL REVENUE SERVICE* | 891.68 | 317.15 | 0.00 | 317.15 |
| Acct: 0630 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0245 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASPEN DENTAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMP OF YORK COUNTY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GA MASTERS EMERGENCY PHYSCIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCG HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NES GEORGIA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH MEDICAL ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

                                                                                            11,098.63


TOTAL PAID TO CREDITORS                                                                      154,613.01

TOTAL CLAIMED
PRIORITY          13,602.64
SECURED           16,535.12
UNSECURED         31,204.01


Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL J. USSELMAN
    BONNIE L. USSELMAN
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:20-20972

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-20972-CMB

Michael J. Usselman                                                          Chapter 13

Bonnie L. Usselman

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Usselman, Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318 |
| aty | + | Dallas W. Hartman, 201 Green Ridge Drive, New Castle, PA 16105-6139 |
| 15217282 | + | Emp Of York County Ltd, 325 South Belmont Street, York, PA 17403-2604 |
| 15217284 | + | GA Masters Emergency Physicians LLC, 3651 Wheeler Road, Augusta, GA 30909-6521 |
| 15217293 | + | MCG Health Inc, 1120 15th Street, Augusta, GA 30912-0006 |
| 15217298 | + | Nes Georgia Inc, 25 South Broad Street, Elizabeth, NJ 07202-3401 |
| 15261343 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2204 |
| 15217301 | + | Physicians Practice Group, 1499 Walton Way, Augusta, GA 30901-2660 |
| 15217302 | + | Pittsburgh Medical Associates, 5129 Liberty Avenue, Pittsburgh PA 15224-2217 |
| 15217308 | + | The Parc At Flowing Wells, 1150 Interstate Parkway, Augusta, GA 30909-6404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 01:10:06 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:35:54 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:35:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:53:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15217273 | | Email/Text: bankruptcynotice@aspendental.com | May 01 2025 00:19:00 | Aspen Dental, 281 Sanders Creek Parkway, East Syracuse, NY 13057 |
| 15245226 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 00:34:39 | Ally Bank, PO Box 660371, Dallas, TX 75266-0371 |
| 15217272 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:19:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15229855 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:52:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15217275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:36:02 | Capital One Bank Usa NA, Po Box 30281, Salt |

District/off: 0315-2                                      User: auto                                      Page 2 of 4

Date Rcvd: Apr 30, 2025                              Form ID: pdf900                              Total Noticed: 58

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Lake City, UT 84130-0281 |
| 15217276 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2025 00:20:00 | Comenity Bank / Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15217277 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 01 2025 00:19:00 | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 15217278 | + | Email/Text: bankruptcy@consumerportfolio.com | May 01 2025 00:20:00 | Consumer Portfolio Service, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 15217279 | + | Email/Text: ccusa@ccuhome.com | May 01 2025 00:19:00 | Credit Collection / Usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15217280 | + | Email/Text: BKPT@cfna.com | May 01 2025 00:19:00 | Credit First NA, PO Box 81315, Cleveland, OH 44181-0315 |
| 15217281 | + | Email/Text: G06041@att.com | May 01 2025 00:20:00 | DirecTV LLC, Attn Bankruptcies, PO Box 6550, Englewood, CO 80155-6550 |
| 15261342 | | Email/Text: brnotices@dor.ga.gov | May 01 2025 00:20:00 | Georgia Department of Revenue, TAXPAYER SERVICES DIVISION, PO Box 105499, Atlanta, GA 30348-5499 |
| 15217285 | + | Email/Text: Bankruptcy@ICSystem.com | May 01 2025 00:19:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15217287 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2025 00:20:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15234167 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2025 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15217290 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:35:54 | JPMorgan Chase Bank Hl, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15233411 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:35:03 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15217289 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2025 00:21:00 | Jared Galleria / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15217291 | ^ | MEBN | May 01 2025 00:14:17 | Kubota Credit Corporation, Po Box 2046, Grapevine, TX 76099-2046 |
| 15232722 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | May 01 2025 00:19:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15217292 | + | Email/Text: bankruptcy@lmminc.com | May 01 2025 00:20:00 | Lockhart, Morris & Mont, 1401 North Central Expressway, Richardson, TX 75080-4669 |
| 15217294 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 01 2025 00:19:00 | Mercury Card / Fb&t / Tsys, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15266272 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 01 2025 00:53:34 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15217295 | | Email/Text: bankruptcy@nationalcreditsystems.com | May 01 2025 00:19:00 | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 15217297 | | Email/Text: paula.tilley@nrsagency.com | May 01 2025 00:19:00 | Nationwide Recovery Service, PO Box 8005, Cleveland, TN 37320 |
| 15217296 | + | Email/Text: Bankruptcies@nragroup.com | May 01 2025 00:21:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15228641 | | Email/PDF: cbp@omf.com | May 01 2025 00:53:04 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15222419 | | Email/PDF: cbp@omf.com | May 01 2025 01:10:10 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15217299 | + | Email/PDF: cbp@omf.com | May 01 2025 01:46:10 | Onemain Financial, Po Box 1010, Evansville, IN |

District/off: 0315-2                          User: auto                                      Page 3 of 4

Date Rcvd: Apr 30, 2025                       Form ID: pdf900                                 Total Noticed: 58

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 15236712 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:52:04 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15236315 | | Email/Text: perituspendrick@peritusservices.com | May 01 2025 00:19:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15217303 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2025 00:19:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15241297 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 01:23:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15242095 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2025 00:20:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15217304 | ^ | MEBN | May 01 2025 00:14:07 | Ratchford Law Group PC, 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 15217274 | | Email/Text: fdoran@srpfcu.org | May 01 2025 00:19:00 | Augusta Vah Federal Credit Union, 1 Freedom Way, Augusta, GA 30904 |
| 15217305 | + | Email/Text: bankruptcy@sw-credit.com | May 01 2025 00:20:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15217663 | ^ | MEBN | May 01 2025 00:14:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15217306 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2025 00:21:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15217307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2025 00:21:00 | Tbom / Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15217309 | | Email/Text: albert.sullivan@piedmont.org | May 01 2025 00:19:00 | University Hospital, 1350 Walton Way, Augusta, GA 30901 |
| 15235537 | | Email/Text: BNCnotices@dcmservices.com | May 01 2025 00:20:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235539 | | Email/Text: BNCnotices@dcmservices.com | May 01 2025 00:20:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15217310 | | Email/Text: ana.locke@viasat.com | May 01 2025 00:20:00 | Viasat Inc, 6155 El Camino Real, Carlsbad, CA 92009 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Quantum3 Group LLC as agent for CreditShop LLC |
| 15217286 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15217288 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 15239320 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15239321 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15217283 | ##+ | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15217300 | ##+ | Phoenix Financial Services, 8902 Otis Avenue, Indianapolis, IN 46216-1009 |

TOTAL: 2 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0315-2                                     User: auto                                          Page 4 of 4
Date Rcvd: Apr 30, 2025                            Form ID: pdf900                                   Total Noticed: 58

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: May 02, 2025                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Michael J. Usselman dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Bonnie L. Usselman dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6