| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael J. Usselman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0630<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Bonnie L. Usselman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3381<br>EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  20–20972–CMB | | |

## Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Usselman                                   Bonnie L. Usselman

6/16/25                                              **By the court:** Carlota M Bohm
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 20-20972-CMB    Doc 132    Filed 06/18/25    Entered 06/19/25 00:35:50    Desc
Imaged Certificate of Notice    Page 3 of 6

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael J. Usselman  
Bonnie L. Usselman  
    Debtors

Case No. 20-20972-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Jun 16, 2025     Form ID: 3180W     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Usselman, Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318 |
| aty | + | Dallas W. Hartman, 201 Green Ridge Drive, New Castle, PA 16105-6139 |
| 15217282 | + | Emp Of York County Ltd, 325 South Belmont Street, York, PA 17403-2604 |
| 15217284 | + | GA Masters Emergency Physicians LLC, 3651 Wheeler Road, Augusta, GA 30909-6521 |
| 15217293 | + | MCG Health Inc, 1120 15th Street, Augusta, GA 30912-0006 |
| 15217298 | + | Nes Georgia Inc, 25 South Broad Street, Elizabeth, NJ 07202-3401 |
| 15261343 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2204 |
| 15217301 | + | Physicians Practice Group, 1499 Walton Way, Augusta, GA 30901-2660 |
| 15217302 | + | Pittsburgh Medical Associates, 5129 Liberty Avenue, Pittsburgh PA 15224-2217 |
| 15217308 | + | The Parc At Flowing Wells, 1150 Interstate Parkway, Augusta, GA 30909-6404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 17 2025 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 17 2025 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 17 2025 03:57:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: JPMORGANCHASE | Jun 17 2025 03:57:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | EDI: PRA.COM | Jun 17 2025 03:57:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jun 17 2025 03:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15217273 | | Email/Text: bankruptcynotice@aspendental.com | Jun 17 2025 00:09:00 | Aspen Dental, 281 Sanders Creek Parkway, East Syracuse, NY 13057 |
| 15245226 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 00:17:14 | Ally Bank, PO Box 660371, Dallas, TX 75266-0371 |

Case 20-20972-CMB   Doc 132   Filed 06/18/25   Entered 06/19/25 00:35:50   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 15217272 | + | EDI: GMACFS.COM | Jun 17 2025 03:57:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15229855 | | EDI: CAPITALONE.COM | Jun 17 2025 03:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15217275 | + | EDI: CAPITALONE.COM | Jun 17 2025 03:57:00 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15217276 | + | EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Bank / Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15217277 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jun 17 2025 00:09:00 | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 15217278 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 17 2025 00:10:00 | Consumer Portfolio Service, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 15217279 | + | EDI: CCUSA.COM | Jun 17 2025 03:57:00 | Credit Collection / Usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15217280 | + | EDI: CRFRSTNA.COM | Jun 17 2025 03:57:00 | Credit First NA, PO Box 81315, Cleveland, OH 44181-0315 |
| 15217281 | + | EDI: DIRECTV.COM | Jun 17 2025 03:57:00 | DirecTV LLC, Attn Bankruptcies, PO Box 6550, Englewood, CO 80155-6550 |
| 15261342 | | EDI: GADEPTOFREV.COM | Jun 17 2025 03:57:00 | Georgia Department of Revenue, TAXPAYER SERVICES DIVISION, PO Box 105499, Atlanta, GA 30348-5499 |
| 15217285 | + | EDI: LCIICSYSTEM | Jun 17 2025 03:57:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15217287 | | EDI: IRS.COM | Jun 17 2025 03:57:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15234167 | | EDI: JEFFERSONCAP.COM | Jun 17 2025 03:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15217290 | + | EDI: JPMORGANCHASE | Jun 17 2025 03:57:00 | JPMorgan Chase Bank Hl, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15233411 | | EDI: JPMORGANCHASE | Jun 17 2025 03:57:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15217289 | + | EDI: PHINGENESIS | Jun 17 2025 03:57:00 | Jared Galleria / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15217291 | ^ | MEBN | Jun 17 2025 00:01:09 | Kubota Credit Corporation, Po Box 2046, Grapevine, TX 76099-2046 |
| 15232722 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jun 17 2025 00:09:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15217292 | + | Email/Text: bankruptcy@lmminc.com | Jun 17 2025 00:11:00 | Lockhart, Morris & Mont, 1401 North Central Expressway, Richardson, TX 75080-4669 |
| 15217294 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 17 2025 00:09:00 | Mercury Card / Fb&t / Tsys, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15266272 | + | EDI: AISMIDFIRST | Jun 17 2025 03:57:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15217295 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 17 2025 00:09:00 | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 15217297 | | Email/Text: paula.tilley@nrsagency.com | Jun 17 2025 00:09:00 | Nationwide Recovery Service, PO Box 8005, Cleveland, TN 37320 |
| 15217296 | + | Email/Text: Bankruptcies@nragroup.com | Jun 17 2025 00:11:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |

| Recip ID | Flag | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15228641 | | EDI: AGFINANCE.COM | Jun 17 2025 03:57:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15222419 | | EDI: AGFINANCE.COM | Jun 17 2025 03:57:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15217299 | + | EDI: AGFINANCE.COM | Jun 17 2025 03:57:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15236712 | + | EDI: PRA.COM | Jun 17 2025 03:57:00 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15236315 | | Email/Text: perituspendrick@peritusservices.com | Jun 17 2025 00:09:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15217303 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15241297 | | EDI: PRA.COM | Jun 17 2025 03:57:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15242095 | | EDI: Q3G.COM | Jun 17 2025 03:57:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15217304 | ^ | MEBN | Jun 17 2025 00:02:10 | Ratchford Law Group PC, 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 15217274 | | Email/Text: fdoran@srpfcu.org | Jun 17 2025 00:09:00 | Augusta Vah Federal Credit Union, 1 Freedom Way, Augusta, GA 30904 |
| 15217305 | + | Email/Text: bankruptcy@sw-credit.com | Jun 17 2025 00:10:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15217663 | ^ | MEBN | Jun 17 2025 00:02:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15217306 | + | EDI: PHINGENESIS | Jun 17 2025 03:57:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15217307 | + | EDI: PHINGENESIS | Jun 17 2025 03:57:00 | Tbom / Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15217309 | | Email/Text: albert.sullivan@piedmont.org | Jun 17 2025 00:09:00 | University Hospital, 1350 Walton Way, Augusta, GA 30901 |
| 15235537 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 07:35:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235539 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15217310 | | Email/Text: ana.locke@viasat.com | Jun 17 2025 00:10:00 | Viasat Inc, 6155 El Camino Real, Carlsbad, CA 92009 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Quantum3 Group LLC as agent for CreditShop LLC |
| 15217286 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15217288 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 15239320 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15239321 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15217283 | ##+ | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15217300 | ##+ | Phoenix Financial Services, 8902 Otis Avenue, Indianapolis, IN 46216-1009 |

Case 20-20972-CMB  Doc 132  Filed 06/18/25  Entered 06/19/25 00:35:50  Desc
Imaged Certificate of Notice  Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 60 |

TOTAL: 2 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Michael J. Usselman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Bonnie L. Usselman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mclark@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6