IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL J. USSELMAN
    BONNIE L. USSELMAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.: 20-20972

Chapter 13

Related to: Document No. 125

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 16th day of June, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
6/16/25 8:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
United States Bankruptcy Judge

glb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20972-CMB |
| Michael J. Usselman | Chapter 13 |
| Bonnie L. Usselman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Usselman, Bonnie L. Usselman, 210 Roenigc Road, Boyers, PA 16020-1318 |
| aty | + | Dallas W. Hartman, 201 Green Ridge Drive, New Castle, PA 16105-6139 |
| 15217282 | + | Emp Of York County Ltd, 325 South Belmont Street, York, PA 17403-2604 |
| 15217284 | + | GA Masters Emergency Physicians LLC, 3651 Wheeler Road, Augusta, GA 30909-6521 |
| 15217293 | + | MCG Health Inc, 1120 15th Street, Augusta, GA 30912-0006 |
| 15217298 | + | Nes Georgia Inc, 25 South Broad Street, Elizabeth, NJ 07202-3401 |
| 15261343 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2204 |
| 15217301 | + | Physicians Practice Group, 1499 Walton Way, Augusta, GA 30901-2660 |
| 15217302 | + | Pittsburgh Medical Associates, 5129 Liberty Avenue, Pittsburgh PA 15224-2217 |
| 15217308 | + | The Parc At Flowing Wells, 1150 Interstate Parkway, Augusta, GA 30909-6404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 17 2025 00:30:11 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 17 2025 00:19:01 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219-6009 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:17:19 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:30:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15217273 | | Email/Text: bankruptcynotice@aspendental.com | Jun 17 2025 00:09:00 | Aspen Dental, 281 Sanders Creek Parkway, East Syracuse, NY 13057 |
| 15245226 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2025 00:18:59 | Ally Bank, PO Box 660371, Dallas, TX 75266-0371 |
| 15217272 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 17 2025 00:09:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15229855 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 00:55:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15217275 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 00:29:28 | Capital One Bank Usa NA, Po Box 30281, Salt |

| Recipient | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | Lake City, UT 84130-0281 |
| 15217276 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2025 00:10:00 | | Comenity Bank / Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15217277 | + Email/Text: commonwealth@ebn.phinsolutions.com Jun 17 2025 00:09:00 | | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 15217278 | + Email/Text: bankruptcy@consumerportfolio.com Jun 17 2025 00:10:00 | | Consumer Portfolio Service, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 15217279 | + Email/Text: ccusa@ccuhome.com Jun 17 2025 00:09:00 | | Credit Collection / Usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15217280 | + Email/Text: BKPT@cfna.com Jun 17 2025 00:09:00 | | Credit First NA, PO Box 81315, Cleveland, OH 44181-0315 |
| 15217281 | + Email/Text: G06041@att.com Jun 17 2025 00:11:00 | | DirecTV LLC, Attn Bankruptcies, PO Box 6550, Englewood, CO 80155-6550 |
| 15261342 | Email/Text: brnotices@dor.ga.gov Jun 17 2025 00:10:00 | | Georgia Department of Revenue, TAXPAYER SERVICES DIVISION, PO Box 105499, Atlanta, GA 30348-5499 |
| 15217285 | + Email/Text: Bankruptcy@ICSystem.com Jun 17 2025 00:10:00 | | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15217287 | Email/Text: sbse.cio.bnc.mail@irs.gov Jun 17 2025 00:10:00 | | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15234167 | Email/Text: JCAP_BNC_Notices@jcap.com Jun 17 2025 00:11:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15217290 | + Email/PDF: ais.chase.ebn@aisinfo.com Jun 17 2025 00:29:23 | | JPMorgan Chase Bank Hl, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15233411 | Email/PDF: ais.chase.ebn@aisinfo.com Jun 17 2025 00:29:47 | | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15217289 | + Email/Text: GenesisFS@ebn.phinsolutions.com Jun 17 2025 00:11:00 | | Jared Galleria / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15217291 | ^ MEBN Jun 17 2025 00:01:09 | | Kubota Credit Corporation, Po Box 2046, Grapevine, TX 76099-2046 |
| 15232722 | + Email/Text: KubotaBKNotices@nationalbankruptcy.com Jun 17 2025 00:09:00 | | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15217292 | + Email/Text: bankruptcy@lmminc.com Jun 17 2025 00:11:00 | | Lockhart, Morris & Mont, 1401 North Central Expressway, Richardson, TX 75080-4669 |
| 15217294 | + Email/Text: Mercury@ebn.phinsolutions.com Jun 17 2025 00:09:00 | | Mercury Card / Fb&t / Tsys, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15266272 | + Email/PDF: ais.midfirst.ebn@aisinfo.com Jun 17 2025 00:17:15 | | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15217295 | Email/Text: bankruptcy@nationalcreditsystems.com Jun 17 2025 00:09:00 | | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 15217297 | Email/Text: paula.tilley@nrsagency.com Jun 17 2025 00:09:00 | | Nationwide Recovery Service, PO Box 8005, Cleveland, TN 37320 |
| 15217296 | + Email/Text: Bankruptcies@nragroup.com Jun 17 2025 00:11:00 | | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15228641 | Email/PDF: cbp@omf.com Jun 17 2025 00:30:17 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15222419 | Email/PDF: cbp@omf.com Jun 17 2025 00:41:06 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15217299 | + Email/PDF: cbp@omf.com Jun 17 2025 00:29:27 | | Onemain Financial, Po Box 1010, Evansville, IN |

Case 20-20972-CMB  Doc 133  Filed 06/18/25  Entered 06/19/25 00:35:50  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 15236712 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:29:47 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15236315 | | Email/Text: perituspendrick@peritusservices.com | Jun 17 2025 00:09:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15217303 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 00:09:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15241297 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 00:42:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15242095 | | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2025 00:10:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15217304 | ^ | MEBN | Jun 17 2025 00:02:12 | Ratchford Law Group PC, 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 15217274 | | Email/Text: fdoran@srpfcu.org | Jun 17 2025 00:09:00 | Augusta Vah Federal Credit Union, 1 Freedom Way, Augusta, GA 30904 |
| 15217305 | + | Email/Text: bankruptcy@sw-credit.com | Jun 17 2025 00:10:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15217663 | ^ | MEBN | Jun 17 2025 00:02:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15217306 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 00:11:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15217307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 00:11:00 | Tbom / Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15217309 | | Email/Text: albert.sullivan@piedmont.org | Jun 17 2025 00:09:00 | University Hospital, 1350 Walton Way, Augusta, GA 30901 |
| 15235537 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235539 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15217310 | | Email/Text: ana.locke@viasat.com | Jun 17 2025 00:10:00 | Viasat Inc, 6155 El Camino Real, Carlsbad, CA 92009 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Quantum3 Group LLC as agent for CreditShop LLC |
| 15217286 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15217288 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 15239320 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15239321 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15217283 | ##+ | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15217300 | ##+ | Phoenix Financial Services, 8902 Otis Avenue, Indianapolis, IN 46216-1009 |

TOTAL: 2 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 58 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Michael J. Usselman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Bonnie L. Usselman dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Michael John Clark | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6