**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    MICHAEL J. USSELMAN<br>    BONNIE L. USSELMAN<br>        Debtor(s) | Case No. 20-20972CMB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2020.

2) The plan was confirmed on 08/20/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/10/2020, 05/13/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/20/2025.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $58,903.91.

10) Amount of unsecured claims discharged without full payment: $32,296.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $169,369.05 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$169,369.05** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,030.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $8,726.04 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$14,756.04** |
| Attorney fees paid and disclosed by debtor: | $920.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AGCHOICE FARM CREDIT ACA | Secured | 36,973.00 | NA | NA | 0.00 | 0.00 |
| ALLY BANK** | Secured | 54,251.00 | 50,565.02 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,594.00 | 1,647.71 | 1,647.71 | 586.06 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,223.00 | 1,333.90 | 1,333.90 | 474.44 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 635.00 | 758.46 | 758.46 | 269.77 | 0.00 |
| CAPITAL ONE** | Unsecured | 3,602.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYSTE | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYSTE | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| ERC++ | Unsecured | 1,109.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 1,537.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 8,197.47 | 8,682.90 | 8,682.90 | 8,682.90 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 891.68 | 891.68 | 317.15 | 0.00 |
| JARED GALLERIA++ | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 651.04 | 651.04 | 231.56 | 0.00 |
| KUBOTA CREDIT CORP (USA) | Secured | 24,336.00 | 26,961.76 | 0.00 | 24,573.08 | 0.00 |
| KUBOTA CREDIT CORP (USA) | Secured | 13,847.00 | 13,453.08 | 13,453.08 | 13,453.08 | 0.00 |
| KUBOTA CREDIT CORP (USA) | Secured | 1,306.00 | 1,323.75 | 1,323.75 | 1,323.75 | 0.00 |
| KUBOTA CREDIT CORP (USA) | Secured | 0.00 | 407.37 | 407.37 | 407.37 | 0.00 |
| LOCKHART MORRIS & MONTGOMER | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 154,872.00 | 153,584.52 | 0.00 | 83,689.60 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 1,350.92 | 1,350.92 | 1,350.92 | 0.00 |
| NATIONAL CREDIT SYSTEM | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRO | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE RECOVERY SERVICES | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) | Unsecured | 8,189.00 | 11,326.56 | 11,326.56 | 4,028.63 | 0.00 |
| ORION PORTFOLIO SERVICES II LLC | Unsecured | 927.00 | 927.86 | 927.86 | 330.02 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 4,919.74 | NA | 4,919.74 | 4,919.74 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PENDRICK CAPITAL PARTNERS II LLC | Unsecured | 1,391.00 | 1,134.00 | 1,134.00 | 403.34 | 0.00 |
| PHOENIX FINANCIAL++ | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK++ | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 5,485.00 | 6,269.80 | 6,269.80 | 2,230.04 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CR | Unsecured | 5,036.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| SRP FEDERAL CREDIT UNION | Secured | 18,960.18 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HOSPITAL FACILITY SVC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HOSPITAL FACILITY SVC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HOSPITAL FACILITY SVC | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 279.00 | 4,196.96 | 4,196.96 | 1,492.77 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 173.00 | 290.41 | 290.41 | 103.29 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 523.00 | 1,775.63 | 1,775.63 | 631.56 | 0.00 |
| WESTLAKE FINANCIAL SERVICES(*) | Priority | NA | NA | NA | 5,113.94 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $83,689.60 | $0.00 |
| Mortgage Arrearage | $1,350.92 | $1,350.92 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $15,184.20 | $39,757.28 | $0.00 |
| **TOTAL SECURED:** | **$16,535.12** | **$124,797.80** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $13,602.64 | $18,716.58 | $0.00 |
| **TOTAL PRIORITY:** | **$13,602.64** | **$18,716.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,204.01** | **$11,098.63** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $14,756.04 |
| Disbursements to Creditors | $154,613.01 |
| **TOTAL DISBURSEMENTS :** | **$169,369.05** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2025                                By: /s/ Ronda J. Winnecour
                                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Ac exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**